**IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT, IN AND FOR ST. JOHNS COUNTY, FLORIDA**

**CASE NO.:** 552024CA001404A000MX

**ANDRE MACK,**

**Plaintiff,**

**-v-**

**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, AND GEICO General Insurance Company,**

**Defendants.**

_______________________________/

**COMPLAINT**

Plaintiff, ANDRE MACK ("Plaintiff"), by and through his undersigned attorney, sues Defendants, TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, AND GEICO General Insurance Company, and alleges:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees. (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$50,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (as the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. On or about February 16, 2023, KEITH ROSEN negligently operated and/or maintained a maroon 2012 Jeep Wrangler, with license plate number RMV054, traveling

southbound on San Marco avenue at or near "Nelmar" in Saint Augustine, St. Johns County, Florida so that it collided with 2014 GMC Pick-up Truck driven by Plaintiff and owned by Plaintiff's employer, All American Air Conditioning Heating, Inc., causing injury and damage to Plaintiff.

3. At all times material to this action GEICO was an insurance corporation authorized and doing business in Saint Augustine, St. Johns County, Florida.

4. At all times material to this action, TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA was an insurance corporation authorized and doing business in Saint Augustine, St. Johns County, Florida.

**COUNT I**
**CLAIM AGAINST GEICO GENERAL INSURANCE COMANY**

5. Plaintiff realleges and reaffirms Paragraphs one (1) through four (4) and further alleges:

6. Prior to February 16, 2023, Plaintiff purchased an insurance policy from Defendant, GEICO.

7. At all times material hereto, Plaintiff had uninsured/underinsured motorist coverage with the Defendant, GEICO, under the terms and conditions of automobile policy number 6098088963. A copy of the Statement of Insurance Disclosure is attached as Exhibit "A"

8. At the time of the aforesaid collision, Defendant, KEITH ROSEN, was an underinsured motorist, as that term is defined in Plaintiff's policy and at section 627.727, Florida Statutes, and as applicable case law interprets same.

9. As a direct and proximate result of the aforementioned negligence, Plaintiff suffered bodily injury resulting in pain and suffering, impairment, disability, disfigurement, mental anguish,

loss of capacity for the enjoyment of life, medical care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The injury to the Plaintiff is permanent within a reasonable degree of medical probability, and the Plaintiff will continue to suffer the losses in the future.

10. GEICO has refused to honor its obligations to the Plaintiff under the uninsured motor vehicle policy provision of the aforesaid insurance contract

11. GEICO is obligated to pay monetary damages to Plaintiff as a result of the permanent injuries Plaintiff sustained in the aforementioned motor vehicle collision.

12. Plaintiff has complied with all conditions precedent to the filing of this action

WHEREFORE**,** Plaintiff demands judgment against GEICO for damages, costs of this action, interest, and such other and further relief as this Court may deem just and demands a trial by jury on all issues so triable.

**COUNT II**
**CLAIM AGAINST TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

13. Plaintiff realleges and reaffirms Paragraphs one (1) through four (4) and further alleges:

14. On February 16, 2023, Plaintiff was covered by an insurance policy issued by TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, including uninsured/underinsured motorist coverage. A copy of policy number BA-1T568257 is attached as Exhibit “B”

15. As a direct and proximate result of the aforementioned negligence, Plaintiff suffered bodily injury resulting in pain and suffering, impairment, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, medical care and treatment, loss of earnings, loss of ability

to earn money, and aggravation of a previously existing condition. The injury to the Plaintiff is permanent within a reasonable degree of medical probability, and the Plaintiff will continue to suffer the losses in the future.

16. At the time of the aforesaid collision, Defendant, KEITH ROSEN, was an underinsured motorist, as that term is defined in Plaintiff's policy and at section 627.727, Florida Statutes, and as applicable case law interprets same.

17. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA is obligated to pay monetary damages to Plaintiff as a result of the permanent injuries Plaintiff sustained in the aforesaid motor vehicle collision.

18. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA has refused to honor its obligations to the Plaintiff under the uninsured motor vehicle policy provision of the aforesaid insurance contract.

19. Plaintiff has complied with all conditions precedent to the filing of this action

WHEREFORE, Plaintiff demands judgment against TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA for damages, costs of this action, interest, and such other and further relief as this Court may deem just and demands a trial by jury on all issues so triable.

**RESPECTFULLY** submitted and dated on this ___24th___day of October 2024.

Gregory W. Lineberry
Florida Bar: 181552
MORGAN & MORGAN, P.A.
501 Riverside Avenue, Suite 1200

Jacksonville, FL 32202
T: (904) 944-8393 | F: (904) 944-8493
Primary: Gregory.Lineberry@forthepeople.com
Secondary: KLaReau@forthepeople.com

STATEMENT OF INSURANCE DISCLOSURE

EXHIBIT "A"

STATE OF FLORIDA
POLK COUNTY: ss

I, Daniel Good, Claims Manager of GEICO General Insurance Company, Incorporated under the laws of the State of Maryland, do hereby certify that the attached is a true and correct copy of policy contract number 6098088963, issued to Carissa Diniz effective 05/22/2023 thru 11/22/2023, afforded the following coverage:

***Coverage for losses sustained by anyone other than an insured is limited to:***

| | |
|---|---|
| **Bodily Injury** | $15,000.00 per person / $30,000.00 per occurrence |
| **Property Damage (Includes Loss of Use)** | $25,000.00 |

***Coverage for losses sustained by an insured:***

| | |
|---|---|
| **Uninsured Motorist Stacked** | $15,000.00 per person / $30,000.00 per occurrence |
| **Personal Injury Protection** | No Deductible, applies to Named Insured and Dependent Relatives |
| **Additional Personal Injury Protection** | Not Applicable |
| **Medical Payments Coverage** | Not Applicable |
| **Collision** | **$500.00** |
| **Comprehensive** | **$500.00** |
| **Rental Reimbursement** | $900.00 Max Per Accident |
| **Emergency Road Service** | Available |
| **Mechanical Breakdown Insurance** | Available |

on the following vehicle: 2020 VOLKS TIGUAN, VIN 3VV3B7AX5LM161636, during the above policy period.

Number of Listed Vehicles: 2

Policy and Coverage Defenses Known Are:

The vehicle involved was not listed on the policy at the time of the loss.

Additional Insurance Coverage: FCCI Insurance Group

Additional Insured(s) Under Section I, Liability Coverage: Andre Mack

The attached Policy Declaration sheet was recreated based on records retained in our computer data files. The amendments, endorsements, and policy contract are standard forms with information particular to this policy. Attached is a specimen copy of the policy contract noted above. These documents are true and correct to the best of my knowledge and belief. This statement shall be amended immediately upon discovery of facts calling for an amendment. Pursuant to Fla. Stat. 92.525(1)(c), under penalties of perjury, I declare that I have read the foregoing Statement of Insurance Disclosure and that the facts stated in it are true.

Adjuster: Claims Team
Claim Number: 046478532 0101 016

Claims Manager



EXHIBIT "B"

**Report Claims Immediately by Calling***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

***Unless Your Policy Requires Written Notice or Reporting**

# COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

**ALL AMERICAN AIR CONDITIONING, INC.**
**1010 STATE ROAD 312**
**ST AUGUSTINE FL 32080**

**Presented by: THOMPSONBAKER AGCY INC**

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

TRAVELERS CORP. TEL: 1-800-328-2189
AIR CONDITIONING CONTRACTOR

**COMMON POLICY DECLARATIONS**

**ISSUE DATE:** 02/22/22

**POLICY NUMBER:** BA-1T568257-22-42-G

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

**1. NAMED INSURED AND MAILING ADDRESS:**

ALL AMERICAN AIR CONDITIONING,
INC.
1010 STATE ROAD 312
ST AUGUSTINE FL 32080

**2. POLICY PERIOD:** From 02/23/22 to 02/23/23 12:01 A.M. Standard Time at your mailing address.

**3. LOCATIONS:**

| Premises Loc. No. | Bldg. No. | Occupancy | Address |
|---|---|---|---|

**4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:**

COMMERCIAL AUTOMOBILE COV PART DECLARATIONS CA T0 01 02 15 ACJ

**5. NUMBERS OF FORMS AND ENDORSEMENTS FORMING A PART OF THIS POLICY: SEE IL T8 01 01 01**

**6. SUPPLEMENTAL POLICIES:** Each of the following is a separate policy containing its complete provisions:

| Policy | Policy No. | Insuring Company |
|---|---|---|

DIRECT BILL

**7. PREMIUM SUMMARY:**

| | | |
|---|---|---|
| Provisional Premium | $ | 175,898.00 |
| Due at Inception | $ | |
| Due at Each | $ | |

**NAME AND ADDRESS OF AGENT OR BROKER:**

THOMPSONBAKER AGCY INC(90150)
PO BOX 3807
ST AUGUSTINE FL 32085-3807

**COUNTERSIGNED BY:**

Authorized Representative

DATE:

POLICY NUMBER: BA-1T568257-22-42-G
EFFECTIVE DATE: 02/23/2022
ISSUE DATE: 02/22/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PN CB 31 07 17 | USE OF CREDIT INFORMATION DISCLOSURE |
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMON POLICY CONDITIONS – FLORIDA

All Coverage Parts included in this policy are subject to the following conditions:

**A. Cancellation**

1. The Named Insured(s) shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy or any Coverage Part by mailing or delivering to the Named Insured(s) written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.
5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The Named Insured(s) shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us as part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.
2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.
3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.
4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

1. The Named Insured(s) shown in the Declarations:
   a. Is responsible for the payment of all premiums; and
   b. Will be the payee for any return premiums we pay.
2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the pre-

© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

mium in accordance with our rates and rules then in effect.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G. Equipment Breakdown Equivalent to Boiler and Machinery**

On the Common Policy Declarations, the term Equipment Breakdown is understood to mean and include Boiler and Machinery and the term Boiler and Machinery is understood to mean and include Equipment Breakdown.

This policy consists of the Common Policy Declarations and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, we agree with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

One of the companies listed below (each a stock company) has executed this policy, and this policy is countersigned by the officers listed below:

The Travelers Indemnity Company (IND)

The Phoenix Insurance Company (PHX)

The Charter Oak Fire Insurance Company (COF)

Travelers Property Casualty Company of America (TIL)

The Travelers Indemnity Company of Connecticut (TCT)

The Travelers Indemnity Company of America (TIA)

Travelers Casualty Insurance Company of America (ACJ)

Wendy C. Skjerven

Secretary

President

© 2011 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE



One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO**
**COVERAGE PART DECLARATIONS**
**ISSUE DATE:** 02-22-22 C2

**ITEM ONE** **Policy Number:** BA-1T568257-22-42-G

**INSURING COMPANY:** TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Declarations Period: From 02-23-22 to 02-23-23 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Business Auto Coverage Part consists of these Declarations and the Business Auto Coverage Form shown below.

**FORM OF BUSINESS:** Corporation

**ITEM TWO**

**A. COVERAGE AND LIMITS OF INSURANCE**

Coverage applies only to those "autos" shown as Covered "autos" by the entry of one or more symbols from Section I – Covered Autos of the Business Auto Coverage Form.

| COVERAGES | COVERED AUTO SYMBOL | LIMITS OF INSURANCE<br>The most we will pay for any one accident or loss |
|---|---|---|
| COVERED AUTOS LIABILITY | 1 | $1,000,000 |
| PERSONAL INJURY PROTECTION (NO FAULT) | 5 | Separately stated in each PIP endorsement minus deductible shown in ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN. |
| AUTO MEDICAL PAYMENTS | 2 | $5,000 Each Insured |
| UNINSURED and UNDERINSURED MOTORISTS COVERAGE | 2 | See CA T0 30 |
| PHYSICAL DAMAGE<br>Comprehensive Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible shown in ITEM THREE--SCHEDULE OF COVERED AUTOS YOU OWN for each covered Auto. |
| PHYSICAL DAMAGE<br>Collision Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible shown in ITEM THREE--SCHEDULE OF COVERED AUTOS YOU OWN for each covered Auto. |

**PRODUCER** THOMPSONBAKER AGCY INC 90150 **OFFICE** TAMPA FL 247

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Includes copyrighted material of The St. Paul Travelers Companies, Inc.

TRAVELERS One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
ISSUE DATE: 02-22-22 C2

Policy Number: BA-1T568257-22-42-G

**B. AUDIT PERIOD:** ANNUALLY

**C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:**
Symbols 1-9, 19: SEE BUSINESS AUTO COVERAGE FORM Section 1 Covered Autos

PRODUCER THOMPSONBAKER AGCY INC 90150 OFFICE TAMPA FL 247

CA T0 01 02 07
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Includes copyrighted material of The St. Paul Travelers Companies, Inc.
Page 2 of 4



One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO**
**COVERAGE PART DECLARATIONS**
**ISSUE DATE:** 02-22-22 C2

**Policy Number:** BA-1T568257-22-42-G

**D. LOSS PAYEE:** Any loss under Physical Damage Coverages is payable as interest may appear to you and the Loss Payee named in the Declarations. (See Loss Payable Clause on reverse side)

**E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART:** SEE IL T8 01 01

**PRODUCER** THOMPSONBAKER AGCY INC 90150 **OFFICE** TAMPA FL 247

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Includes copyrighted material of The St. Paul Travelers Companies, Inc.



One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO**
**COVERAGE PART DECLARATIONS**
**ISSUE DATE:** 02-22-22 C2

**Policy Number:** BA-1T568257-22-42-G

**LOSS PAYABLE CLAUSE**

**A.** We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**D.** If we make any payment to the loss payee, we will obtain their rights against any other party.

**SCHEDULE OF LOSS PAYEES**

| VEHICLE NUMBER | LOSS PAYEE (Name and Address) |
|---|---|

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Includes copyrighted material of The St. Paul Travelers Companies, Inc.

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC.

CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 1 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 2 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 3 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 4 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 5 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|
| 1 | 2003 | CHEVROLET EXPRESS G3 | 1GBJG31U631137501 | 25000 | ACV | X |
| 2 | 2010 | CHEVROLET EXPRESS G2 | 1GCZGFBA8A1122676 | 25775 | ACV | X |
| 3 | 2010 | CHEVROLET EXPRESS G2 | 1GCZGFBA0A1120257 | 25775 | ACV | X |
| 4 | 2010 | CHEVROLET EXPRESS G2 | 1GCZGFBA3A1100083 | 25775 | ACV | X |
| 5 | 2010 | CHEVROLET EXPRESS G2 | 1GCZGFBA6A1176705 | 25775 | ACV | X |

| | COVERED AUTO 1 | COVERED AUTO 2 | COVERED AUTO 3 | COVERED AUTO 4 | COVERED AUTO 5 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 3061 | 3332 | 3664 | 3057 | 2804 |
| BASIC PIP | 81 | 81 | 81 | 81 | 81 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 21 |
| COMPREHENSIVE | 47 | 75 | 75 | 74 | 74 |
| COLLISION | 35 | 94 | 104 | 105 | 96 |
| TOTAL | 3538 | 3896 | 4238 | 3631 | 3369 |

Total Uninsured and Underinsured Motorists Premium $ 10626

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES



One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC.

CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 6 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 7 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 8 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 9 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 10 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 6 | 2008 | FORD | ECONOLINE | 1FTNE24W18DA47043 | 25055 | ACV | X |
| 7 | 2006 | CHEVROLET | EXPRESS G2 | 1GCGG25V961264010 | 23995 | ACV | X |
| 8 | 2012 | FORD | F150 | 1FTFW1CF1CFC23955 | 32760 | ACV | F |
| 9 | 2013 | FORD | ECONOLINE | 1FTNE1EW4DDA63269 | 26755 | ACV | E |
| 10 | 2013 | FORD | ECONOLINE | 1FTNE1EW4DDA82906 | 26755 | ACV | E |

| | COVERED AUTO 6 | COVERED AUTO 7 | COVERED AUTO 8 | COVERED AUTO 9 | COVERED AUTO 10 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 3917 | 2797 | 3249 | 3158 | 4214 |
| BASIC PIP | 81 | 81 | 81 | 81 | 81 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 21 |
| COMPREHENSIVE | 69 | 50 | 116 | 94 | 104 |
| COLLISION | 109 | 63 | 160 | 131 | 145 |
| TOTAL | 4490 | 3305 | 3920 | 3778 | 4858 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC.

CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 11 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 12 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 13 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 14 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 15 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 11 | 2014 | GMC | SAVANA | 1GTW7FCA8E1910039 | 28215 | ACV | D |
| 12 | 2013 | FORD | ECONOLINE | 1FTNE2EW1DDA54051 | 28235 | ACV | E |
| 13 | 2014 | GMC | SAVANA | 1GTW7FCAXE1905571 | 28215 | ACV | D |
| 14 | 2015 | NISSAN | NV | 1N6BF0KY7FN800667 | 27000 | ACV | C |
| 15 | 2011 | FORD | ECONOLINE | 1FTNE2EW9BDA46955 | 27055 | ACV | X |

| | COVERED AUTO 11 | COVERED AUTO 12 | COVERED AUTO 13 | COVERED AUTO 14 | COVERED AUTO 15 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 2754 | 4246 | 4528 | 4029 | 4918 |
| BASIC PIP | 81 | 81 | 81 | 81 | 81 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 21 |
| COMPREHENSIVE | 108 | 107 | 119 | 118 | 93 |
| COLLISION | 152 | 161 | 205 | 198 | 136 |
| TOTAL | 3409 | 4909 | 5247 | 4740 | 5542 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES

One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC. CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 16 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 17 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 18 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 19 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 20 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 16 | 2007 | CHEVROLET | SILVERADO | 1GCEC14X67Z651830 | 23510 | ACV | X |
| 17 | 2015 | GMC | SAVANA | 1GTW7FCF3F1908339 | 29405 | ACV | C |
| 18 | 2014 | CHEVROLET | EXPRESS G2 | 1GCWGFCA4E1164494 | 28215 | ACV | D |
| 19 | 2017 | CHEVROLET | EXPRESS G2 | 1GCWGAFF9H1139976 | 31940 | ACV | A |
| 20 | 2017 | CHEVROLET | EXPRESS G2 | 1GCWGAFFXH1144524 | 31940 | ACV | A |

| | COVERED AUTO 16 | COVERED AUTO 17 | COVERED AUTO 18 | COVERED AUTO 19 | COVERED AUTO 20 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 2378 | 3455 | 3971 | 4647 | 3834 |
| BASIC PIP | 81 | 81 | 81 | 81 | 81 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 21 |
| COMPREHENSIVE | 60 | 113 | 101 | 141 | 137 |
| COLLISION | 71 | 220 | 178 | 244 | 219 |
| TOTAL | 2904 | 4183 | 4645 | 5427 | 4585 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC.

CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 21 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 22 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 23 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 24 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 25 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 21 | 2017 | CHEVROLET | EXPRESS G2 | 1GCWGAFF2H1143805 | 31940 | ACV | A |
| 22 | 2009 | CHEVROLET | SILVERADO | 1GCEC14X69Z191121 | 19375 | ACV | X |
| 23 | 2017 | CHEVROLET | EXPRESS G2 | 1GCWGAFF9H1169432 | 31940 | ACV | A |
| 24 | 2017 | CHEVROLET | EXPRESS G2 | 1GCWGAFF8H1170216 | 31940 | ACV | A |
| 25 | 2018 | CHEVROLET | SILVERADO | 1GCNCNEH3JZ122289 | 30110 | ACV | 5 |

| | COVERED AUTO 21 | COVERED AUTO 22 | COVERED AUTO 23 | COVERED AUTO 24 | COVERED AUTO 25 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 3021 | 3859 | 3021 | 2963 | 4224 |
| BASIC PIP | 81 | 81 | 81 | 81 | 81 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 21 |
| COMPREHENSIVE | 124 | 62 | 124 | 122 | 165 |
| COLLISION | 197 | 93 | 197 | 194 | 324 |
| TOTAL | 3737 | 4409 | 3737 | 3674 | 5108 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC.

CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 26 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 27 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 28 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 29 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 30 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 26 | 2017 | GMC | SAVANA | 1GTW7AFFXH1110826 | 31940 | ACV | A |
| 27 | 2018 | GMC | SIERRA | 3GTU2PEJ9JG224693 | 55755 | ACV | 5 |
| 28 | 2018 | NISSAN | NV | 1N6BF0KY9JN818483 | 29730 | ACV | 5 |
| 29 | 2020 | NISSAN | NV | 1N6BF0KYXLN809732 | 29890 | ACV | 3 |
| 30 | 2020 | NISSAN | NV | 1N6BF0KYXLN810735 | 29890 | ACV | 3 |

| | COVERED AUTO 26 | COVERED AUTO 27 | COVERED AUTO 28 | COVERED AUTO 29 | COVERED AUTO 30 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 3137 | 3773 | 5016 | 4691 | 3697 |
| BASIC PIP | 81 | 81 | 81 | 81 | 81 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 21 |
| COMPREHENSIVE | 135 | 223 | 148 | 176 | 160 |
| COLLISION | 218 | 395 | 342 | 381 | 343 |
| TOTAL | 3885 | 4786 | 5901 | 5643 | 4595 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES

TRAVELERS
One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC.

CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 31 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 7398 | |
| 32 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 33 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 34 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 35 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 31 | 2021 | HYUNDAI | PALISADE | KM8R54HE4MU201104 | 45125 | ACV | 2 |
| 32 | 2021 | NISSAN | NV | 1N6BF0KY2MN805787 | 30540 | ACV | 2 |
| 33 | 2020 | NISSAN | NV | 1N6BF0KY9LN809155 | 30790 | ACV | 3 |
| 34 | 2021 | NISSAN | NV | 1N6BF0KY5MN804469 | 31440 | ACV | 2 |
| 35 | 2021 | NISSAN | NV | 1N6BF0KY5MN804472 | 31440 | ACV | 2 |

| | COVERED AUTO 31 | COVERED AUTO 32 | COVERED AUTO 33 | COVERED AUTO 34 | COVERED AUTO 35 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 1700 | 4954 | 4264 | 5746 | 4730 |
| BASIC PIP | 74 | 81 | 81 | 81 | 81 |
| AUTO MED PAY | 28 | 21 | 21 | 21 | 21 |
| COMPREHENSIVE | 160 | 181 | 173 | 187 | 179 |
| COLLISION | 436 | 405 | 374 | 451 | 398 |
| TOTAL | 2749 | 5935 | 5206 | 6779 | 5702 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES

 One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC.

CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 36 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 7398 | |
| 37 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 38 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 39 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 7398 | |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 36 | 2020 | CHEVROLET | SILVERADO | 3GCUYHEDXLG410793 | 56300 | ACV | 3 |
| 37 | 2021 | NISSAN | NV | 1N6BF0KY6MN804612 | 31440 | ACV | 2 |
| 38 | 2021 | NISSAN | NV | 1N6BF0KY6MN805789 | 31440 | ACV | 2 |
| 39 | 2022 | CADILLAC | ESCALADE | 1GYS3GKL4NR163845 | 96000 | ACV | 1 |

| | COVERED AUTO 36 | COVERED AUTO 37 | COVERED AUTO 38 | COVERED AUTO 39 | COVERED AUTO |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | |
| COLLISION | 1000 | 1000 | 1000 | 1000 | |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 1348 | 3903 | 4055 | 1688 | |
| BASIC PIP | 74 | 81 | 81 | 74 | |
| AUTO MED PAY | 28 | 21 | 21 | 28 | |
| COMPREHENSIVE | 159 | 164 | 170 | 272 | |
| COLLISION | 348 | 365 | 378 | 717 | |
| TOTAL | 2308 | 4827 | 4998 | 3130 | |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES



One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS

POLICY NO.: BA-1T568257-22-42-G
ISSUE DATE: 02-22-22

ITEM FOUR

SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS.

LIABILITY COVERAGE – COST OF HIRE RATING BASIS FOR AUTOS USED IN YOUR MOTOR CARRIER OPERATIONS (OTHER THAN MOBILE OR FARM EQUIPMENT)

| LIABILITY COVERAGE | ESTIMATED ANNUAL COST OF HIRE FOR ALL STATES | PREMIUM |
|---|---|---|
| PRIMARY COVERAGE | $ | $ |
| EXCESS COVERAGE | $ | $ |
| | TOTAL PREMIUM | $ |

For "autos" used in your motor carrier operations, cost of hire means:

**(a)** The total dollar amount of costs you incurred for the hire of automobiles (includes "trailers" and semitrailers), and if not included therein,

**(b)** The total remunerations of all operators and drivers' helpers, of hired automobiles whether hired with a driver by the lessor or an "employee" of the lessee, or any other third party, and

**(c)** The total dollar amount of any other costs (i.e., repair, maintenance, fuel, etc) directly associated with operating the hired automobiles whether such costs are absorbed by the "insured", paid to the lessor or owner, or paid to others.

LIABILITY COVERAGE – COST OF HIRE RATING BASIS FOR AUTOS NOT USED IN YOUR MOTOR CARRIER OPERATIONS (OTHER THAN MOBILE OR FARM EQUIPMENT)

| LIABILITY COVERAGE | STATE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE | PREMIUM |
|---|---|---|---|
| PRIMARY COVERAGE | FL | $ 4,800 | $ 1,634 |
| EXCESS COVERAGE | | $ | $ |
| | | TOTAL PREMIUM | $ 1,634 |

For "autos" **NOT** used in your motor carrier operations, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

© 2010 The Travelers Indemnity Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**ITEM FOUR**
**SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS. (CONT'D)**

**PHYSICAL DAMAGE COVERAGES – COST OF HIRE RATING BASIS FOR ALL AUTOS (OTHER THAN MOBILE OR FARM EQUIPMENT)**

| COVERAGE | STATE | LIMIT OF INSURANCE | ESTIMATED ANNUAL COST OF HIRE FOR EACH STATE (Excluding Autos Hired With a Driver) | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. | | $ |
| SPECIFIED CAUSES OF LOSS | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. | | $ |
| COLLISION | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS $ DEDUCTIBLE FOR EACH COVERED AUTO. | | $ |
| | | | TOTAL PREMIUM | $ |

For Physical Damage Coverages, cost of hire means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for any "auto" that is leased, hired, rented, or borrowed with a driver.

**ITEM FIVE**
**SCHEDULE FOR NON-OWNERSHIP LIABILITY**

| NAMED INSURED'S BUSINESS | RATING BASIS | NUMBER | PREMIUM |
|---|---|---|---|
| OTHER THAN GARAGE SERVICE OPERATIONS AND OTHER THAN SOCIAL SERVICE AGENCIES | NUMBER OF EMPLOYEES | 60 | $ 863 |
| | NUMBER OF PARTNERS (ACTIVE AND INACTIVE) | | $ |
| GARAGE SERVICE OPERATIONS | NUMBER OF EMPLOYEES WHOSE PRINCIPAL DUTY INVOLVES THE OPERATION OF AUTOS | | $ |
| | NUMBER OF PARTNERS (ACTIVE AND INACTIVE) | | $ |
| SOCIAL SERVICE AGENCIES | NUMBER OF EMPLOYEES | | $ |
| | NUMBER OF VOLUNTEERS WHO REGULARLY USE AUTOS TO TRANSPORT CLIENTS | | $ |
| | NUMBER OF PARTNERS (ACTIVE AND INACTIVE) | | $ |
| | | TOTAL PREMIUM | $ 863 |

© 2010 The Travelers Indemnity Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

INCLUDES COPYRIGHTED MATERIAL OF INSURANCE SERVICES OFFICE, WITH ITS PERMISSION. COPYRIGHT, INSURANCE SERVICES OFFICE, 1985

EXPLANATION OF CERTAIN ENTRIES OR THE ABSENCE THEREOF ON CA T0 02/CA T0 45

THE ABSENCE OF AN ENTRY IN PREMIUM SPACES FOR A COVERAGE SHALL MEAN THAT INSURANCE IS NOT AFFORDED FOR THE DESIGNATED AUTO.

THE ABBREVIATION 'ACV' IN THE 'LIMIT OF LIABILITY' SPACE SHALL MEAN 'ACTUAL CASH VALUE'.

THE ABBREVIATION 'BI' SHALL MEAN 'BODILY INJURY'.

THE ABBREVIATION 'GVW' SHALL MEAN 'GROSS VEHICLE WEIGHT'.

THE ABBREVIATION 'GCW' SHALL MEAN 'GROSS COMBINED WEIGHT'.

THE ABBREVIATION 'PIP' SHALL MEAN 'PERSONAL INJURY PROTECTION' OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'ADDED PIP' SHALL MEAN 'ADDED PERSONAL INJURY PROTECTION' OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'BASIC PIP' SHALL MEAN 'BASIC PERSONAL INJURY PROTECTION' OR 'EQUIVALENT NO-FAULT COVERAGE'.

THE ABBREVIATION 'NDA' SHALL MEAN 'NO DEDUCTIBLE APPLIES'.

THE ABBREVIATION 'I' SHALL MEAN 'DEDUCTIBLE APPLIES TO THE NAMED INSURED ONLY'.

THE ABBREVIATION 'I/R' SHALL MEAN 'DEDUCTIBLE APPLIES TO THE NAMED INSURED AND RELATIVES'.

THE ABBREVIATION 'PD' SHALL MEAN 'PROPERTY DAMAGE'.

THE ABBREVIATION 'SPV' SHALL MEAN 'SELF PROPELLED VEHICLES'.

THE ABBREVIATION 'SPEC CAUSES' SHALL MEAN 'SPECIFIED CAUSES OF LOSS COVERAGE' AS DEFINED IN THE POLICY.

OTHER ABBREVIATIONS DESIGNATED BELOW ARE DEFINED AS FOLLOWS
THE ABBREVIATION 'SP' SHALL MEAN 'SPECIFIED CAUSES OF LOSS COVERAGE'.
THE ABBREVIATION 'F' SHALL MEAN 'FIRE COVERAGE' ONLY.
THE ABBREVIATION 'FT' SHALL MEAN 'FIRE & THEFT COVERAGE'.
THE ABBREVIATION 'FTW' SHALL MEAN 'FIRE, THEFT & WINDSTORM COVERAGE'.
THE ABBREVIATION 'LSP' SHALL MEAN 'LIMITED SPECIFIED CAUSES OF LOSS COVERAGE'.
THE ABBREVIATION 'CAC' SHALL MEAN 'COMBINED ADDITIONAL COVERAGE'.
THE ABBREVIATION 'FC' SHALL MEAN 'FIRE & COMBINED ADDITIONAL COVERAGES'.

THE ABBREVIATION 'MED PAY' SHALL MEAN 'MEDICAL PAYMENTS'.

THE ABBREVIATION 'UM' SHALL MEAN 'UNINSURED MOTORIST'.

THE ABBREVIATION 'UIM' SHALL MEAN 'UNDERINSURED MOTORIST'.

THE ABBREVIATION 'LTD COLLISION' SHALL MEAN 'LIMITED COLLISION'.

THE ABBREVIATION 'PRIM' SHALL MEAN 'PRIMARY'.

THE ABBREVIATION 'XS' SHALL MEAN 'EXCESS'.



One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO/TRUCKERS/GARAGE/ MOTOR CARRIER COVERAGE PART SUPPLEMENTARY SCHEDULE**

**POLICY NO.:** BA-1T568257-22-42-G
**ISSUE DATE:** 02-22-22

**ITEM TWO**
**COVERAGE AND LIMITS OF INSURANCE**
**UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE**

The LIMIT OF INSURANCE for the coverages shown below is the LIMIT OF INSURANCE shown for the State where a covered "auto" is principally garaged. Refer to the specific coverage endorsement for description of the coverage provided for each State listed below.

**Coverage**

UNINSURED MOTORISTS — LIMIT OF INSURANCE

| State | "Bodily Injury" and "Property Damage" Combined Single Limit | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|
| FL | | $1,000,000 | | | |

UNDERINSURED MOTORISTS — LIMIT OF INSURANCE
(When Underinsured Motorists is a separate coverage)

| State | "Bodily Injury" and "Property Damage" Combined Single Limit | "Bodily Injury" Each "Accident" | "Bodily Injury" Each Person | "Bodily Injury" Each "Accident" | "Property Damage" Each "Accident" |
|---|---|---|---|---|---|

Includes the copyrighted material of Insurance Services Office, Inc. with its permission.
Includes the copyrighted material of The St. Paul Travelers Companies, Inc.

## TABLE OF CONTENTS

# BUSINESS AUTO COVERAGE FORM

Beginning on Page

SECTION I – COVERED AUTOS
- Description Of Covered Auto Designation Symbols ........ 1
- Owned Autos You Acquire After The Policy Begins ........ 2
- Certain Trailers And Temporary Substitute Autos ........ 2

SECTION II – LIABILITY COVERAGE
- Coverage ........ 2
- Who Is An Insured ........ 2
- Coverage Extensions
  - Supplementary Payments ........ 3
  - Out of State ........ 3
- Exclusions ........ 3
- Limit of Insurance ........ 5

SECTION III – PHYSICAL DAMAGE COVERAGE
- Coverage ........ 6
- Exclusions ........ 6
- Limit of Insurance ........ 7
- Deductible ........ 8

SECTION IV – BUSINESS AUTO CONDITIONS
- Loss Conditions
  - Appraisal For Physical Damage Loss ........ 8
  - Duties in the Event Of Accident, Claim, Suit or Loss ........ 8
  - Legal Action Against Us ........ 8
  - Loss Payment – Physical Damage Coverage ........ 8
  - Transfer Of Rights Of Recovery Against Others To Us ........ 9
- General Conditions
  - Bankruptcy ........ 9
  - Concealment, Misrepresentation Or Fraud ........ 9
  - Liberalization ........ 9
  - No Benefit To Bailee – Physical Damage Coverages ........ 9
  - Other Insurance ........ 9
  - Premium Audit ........ 9
  - Policy Period, Coverage Territory ........ 10
  - Two Or More Coverage Forms Or Policies Issued By Us ........ 10

SECTION V – DEFINITIONS ........ 10

© 2010 The Travelers Indemnity Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

**A. Description Of Covered Auto Designation Symbols**

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

 © Insurance Services Office, Inc., 2009

| | | |
|---|---|---|
| **19** | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |

**B. Owned Autos You Acquire After The Policy Begins**

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.
2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:
   - **a.** We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and
   - **b.** You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

**C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos**

If Liability Coverage is provided by this coverage form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.
2. "Mobile equipment" while being carried or towed by a covered "auto".
3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:
   - **a.** Breakdown;
   - **b.** Repair;
   - **c.** Servicing;
   - **d.** "Loss"; or
   - **e.** Destruction.

## SECTION II – LIABILITY COVERAGE

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

**1. Who Is An Insured**

The following are "insureds":

- **a.** You for any covered "auto".
- **b.** Anyone else while using with your permission a covered "auto" you own, hire or borrow except:
  - **(1)** The owner or anyone else from whom you hire or borrow a covered "auto".

 © Insurance Services Office, Inc., 2009

This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

**(2)** Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

**(3)** Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

**(4)** Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

**(5)** A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

**c.** Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

**2. Coverage Extensions**

**a. Supplementary Payments**

We will pay for the "insured":

**(1)** All expenses we incur.

**(2)** Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

**(3)** The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

**(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**(6)** All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

**b. Out-of-state Coverage Extensions**

While a covered "auto" is away from the state where it is licensed we will:

**(1)** Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

**(2)** Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

**1. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

**2. Contractual**

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

**a.** Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

**b.** That the "insured" would have in the absence of the contract or agreement.

**3. Workers' Compensation**

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

**(1)** Employment by the "insured"; or

**(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

**(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the coverage form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

**(1)** When all of the work called for in your contract has been completed.

 © Insurance Services Office, Inc., 2009

**(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

**(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from

 © Insurance Services Office, Inc., 2009

continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

   a. **Comprehensive Coverage**

      From any cause except:

      (1) The covered "auto's" collision with another object; or

      (2) The covered "auto's" overturn.

   b. **Specified Causes Of Loss Coverage**

      Caused by:

      (1) Fire, lightning or explosion;

      (2) Theft;

      (3) Windstorm, hail or earthquake;

      (4) Flood;

      (5) Mischief or vandalism; or

      (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   c. **Collision Coverage**

      Caused by:

      (1) The covered "auto's" collision with another object; or

      (2) The covered "auto's" overturn.

2. **Towing**

   We will pay up to the limit shown in the Decla rations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. "Loss" caused by hitting a bird or animal; and

   c. "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

   a. **Transportation Expenses**

      We will pay up to $20 per day to a maximum of $600 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

   b. **Loss Of Use Expenses**

      For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

      (1) Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

      (2) Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

      (3) Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

      However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

### B. Exclusions

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or

 © Insurance Services Office, Inc., 2009

event that contributes concurrently or in any sequence to the "loss".

**a. Nuclear Hazard**

**(1)** The explosion of any weapon employing atomic fission or fusion; or

**(2)** Nuclear reaction or radiation, or radioactive contamination, however caused.

**b. War Or Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**2.** We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity.

**3.** We will not pay for "loss" due and confined to:

**a.** Wear and tear, freezing, mechanical or electrical breakdown.

**b.** Blowouts, punctures or other road damage to tires.

This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

**4.** We will not pay for "loss" to any of the following:

**a.** Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment.

**b.** Any device designed or used to detect speed-measuring equipment such as radar or laser detectors and any jamming apparatus intended to elude or disrupt speed-measurement equipment.

**c.** Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

**d.** Any accessories used with the electronic equipment described in Paragraph c. above.

**5.** Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto";

**b.** Removable from a housing unit which is permanently installed in or upon the covered "auto";

**c.** An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above; or

**d.** Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

**6.** We will not pay for "loss" to a covered "auto" due to "diminution in value".

**C. Limit Of Insurance**

**1.** The most we will pay for "loss" in any one "accident" is the lesser of:

**a.** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

**b.** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**2.** $1,000 is the most we will pay for "loss" in any one "accident" to all electronic equipment that reproduces, receives or transmits audio, visual or data signals which, at the time of "loss", is:

**a.** Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

**b.** Removable from a permanently installed housing unit as described in Paragraph **2.a.** above or is an integral part of that equipment; or

**c.** An integral part of such equipment.

**3.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

 © Insurance Services Office, Inc., 2009

4. If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**D. Deductible**

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

**A. Loss Conditions**

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

**(1)** How, when and where the "accident" or "loss" occurred;

**(2)** The "insured's" name and address; and

**(3)** To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

**(1)** Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

**(2)** Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

**(4)** Authorize us to obtain medical records or other pertinent information.

**(5)** Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment you must also do the following:

**(1)** Promptly notify the police if the covered "auto" or any of its equipment is stolen.

**(2)** Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

**(3)** Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

**(4)** Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this coverage form until:

**a.** There has been full compliance with all the terms of this coverage form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss Payment – Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

 © Insurance Services Office, Inc., 2009

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this coverage form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this coverage form.

**2. Concealment, Misrepresentation Or Fraud**

This coverage form is void in any case of fraud by you at any time as it relates to this coverage form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

a. This coverage form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this coverage form.

**3. Liberalization**

If we revise this coverage form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this coverage form.

**5. Other Insurance**

a. For any covered "auto" you own, this coverage form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this coverage form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Liability Coverage this coverage form provides for the "trailer" is:

(1) Excess while it is connected to a motor vehicle you do not own.

(2) Primary while it is connected to a covered "auto" you own.

b. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

c. Regardless of the provisions of Paragraph **a.** above, this coverage form's Liability Coverage is primary for any liability assumed under an "insured contract".

d. When this coverage form and any other coverage form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our coverage form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

**6. Premium Audit**

a. The estimated premium for this coverage form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

b. If this policy is issued for more than one year, the premium for this coverage form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

 © Insurance Services Office, Inc., 2009

**7. Policy Period, Coverage Territory**

Under this coverage form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if:

**(a)** A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

**(b)** The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this coverage form and any other coverage form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the coverage forms or policies shall not exceed the highest applicable Limit of Insurance under any one coverage form or policy. This condition does not apply to any coverage form or policy issued by us or an affiliated company specifically to apply as excess insurance over this coverage form.

**SECTION V – DEFINITIONS**

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other simi-

 © Insurance Services Office, Inc., 2009

lar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

**(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

**(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

**(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

**(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means:

**1.** A lease of premises;

**2.** A sidetrack agreement;

**3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

**4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

**5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

**6.** That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage.

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

 © Insurance Services Office, Inc., 2009

**2.** Vehicles maintained for use solely on or next to premises you own or rent;

**3.** Vehicles that travel on crawler treads;

**4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**a.** Power cranes, shovels, loaders, diggers or drills; or

**b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

**b.** Cherry pickers and similar devices used to raise or lower workers; or

**6.** Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**a.** Equipment designed primarily for:

**(1)** Snow removal;

**(2)** Road maintenance, but not construction or resurfacing; or

**(3)** Street cleaning;

**b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**L.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

**1.** Damages because of "bodily injury" or "property damage"; or

**2.** A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

**a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**O.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**P.** "Trailer" includes semitrailer.

 © Insurance Services Office, Inc., 2009

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to the coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** Paragraphs **A.2.** and **A.3.** of the Common Policy Conditions, **Cancellation**, are replaced by the following:

**2.** We may cancel this policy by mailing or delivering to the Named Insured written notice of cancellation, stating the reason(s) for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**b.** 45 days before the effective date of cancellation if we cancel for any other reason.

**3.** We will mail or deliver our notice to the Named Insured's last mailing address known to us.

**B.** Paragraphs **A.4.** and **A.5.** of the Common Policy Conditions, **Cancellation**, are replaced by the following:

**4.** Notice of cancellation will state the effective date of, and reason(s) for, the cancellation. The policy period will end on that date.

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**C.** The following is added to Paragraph **A.** of the Common Policy Conditions, **Cancellation:**

**7.** If this policy provides Personal Injury Protection, Property Damage Liability Coverage or both and:

**a.** It is a new or renewal policy, it may not be cancelled by the first Named Insured during the first 60 days immediately following the effective date of the policy or renewal, except for one of the following reasons:

**(1)** The covered "auto" is completely destroyed such that it is no longer operable;

**(2)** Ownership of the covered "auto" is transferred; or

**(3)** The Named Insured has purchased another policy covering the motor vehicle insured under this policy.

**b.** It is a new policy, we may not cancel it during the first 60 days immediately following the effective date of the policy for nonpayment of premium unless a check used to pay us is dishonored for any reason or any other type of premium payment is subsequently determined to be rejected or invalid.

 © Insurance Services Office, Inc., 2015

**D.** The following condition is added:

**Nonrenewal**

**1.** If we decide not to renew or continue this policy, we will mail you notice at least 45 days before the end of the policy period. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**2.** If we fail to mail proper notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance.

**3.** Notice of nonrenewal will state the reason(s) for the nonrenewal and the effective date of nonrenewal. The policy period will end on that date.

 © Insurance Services Office, Inc., 2015

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA UNINSURED MOTORISTS COVERAGE – NONSTACKED

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE**

| **Limit Of Insurance:** | $ See CA T0 30 | **Each "Accident"** |
|---|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

**1.** We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

**2.** With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if Paragraph **a.** or **b.** below applies:

**a.** The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

**b.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

**(1)** Have been given prompt written notice of such tentative settlement; and

**(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

**3.** Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

**1.** An individual, then the following are "insureds":

**a.** The Named Insured and any "family members".

**b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to:

 © Insurance Services Office, Inc., 2009

1. Any claim settled or judgment reached without our consent, unless our right to recover payment has not been prejudiced by such settlement or judgment. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle".
2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.
3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.
4. "Bodily injury" sustained by:
   a. An individual Named Insured while "occupying" or when struck by a vehicle owned by that individual Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form;
   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form;
   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other coverage form or policy; or
   d. Any "insured" with respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of:
      (1) Significant and permanent loss of an important bodily function;
      (2) Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;
      (3) Significant and permanent scarring or disfigurement; or
      (4) Death.
5. Punitive or exemplary damages.
6. "Bodily injury" arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.
2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Liability Coverage form, No-fault Coverage endorsement, Medical Payments Coverage endorsement, or Uninsured Motorists Coverage endorsement attached to this Coverage Part.
3. We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.
4. We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

**E. Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage Nonstacked as follows:

1. **Other Insurance** in the Business Auto and Garage Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Truckers and Motor Carrier Coverage Forms are replaced by the following:
   a. If there is other applicable insurance available under one or more coverage forms, policies or provisions of coverage, any recovery for damages sustained by an individual Named Insured or any "family member":
      (1) While "occupying" a vehicle owned by that Named Insured or any "family member" may equal, but not exceed, the limit of insurance for Uninsured Motorists Coverage applicable to that vehicle.

 © Insurance Services Office, Inc., 2009

(2) While "occupying" a vehicle not owned by that Named Insured or any "family member" may equal, but not exceed, the sum of:

(a) The limit of insurance for Uninsured Motorists Coverage applicable to the vehicle such Named Insured or any "family member" was "occupying" at the time of the "accident"; and

(b) The highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to such Named Insured or any "family member".

(3) While not "occupying" any vehicle may equal, but not exceed, the highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to an individual Named Insured or any "family member".

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this coverage form is provided:

**(1)** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

**(2)** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**c.** A person seeking Uninsured Motorists Coverage must also promptly notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle".

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to Uninsured Motorists Coverage if we:

**a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

**4.** The following condition is added:

**a. Arbitration**

**(1)** If we and an "insured" do not agree:

**(a)** Whether that person is legally entitled to recover damages under this endorsement; or

 © Insurance Services Office, Inc., 2009

(b) As to the amount of damages that are recoverable by that person;

Then the matter may be mediated, in accordance with the Mediation Provision contained in General Conditions, if the damages resulting from "bodily injury" are for $10,000 or less, or arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**(2)** Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**(3)** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**b. Florida Arbitration Act**

If we and an "insured" agree to arbitration, the **Florida Arbitration Act** will not apply.

**c. Mediation**

**(1)** In any claim filed by an "insured" with us for:

**(a)** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

**(b)** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

**(c)** "Loss" to a covered "auto" or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**(2)** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**(3)** The request must state:

**(a)** Why mediation is being requested.

**(b)** The issues in dispute, which are to be mediated.

**(4)** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**(5)** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**(6)** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy applies at the time of an "accident";

 © Insurance Services Office, Inc., 2009

**b.** That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which a "bodily injury" liability bond or policy applies at the time of an "accident" but the amount paid under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident";

**c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**d.** For which neither the driver nor owner can be identified. The land motor vehicle or "trailer" must:

**(1)** Hit an individual Named Insured or any "family member", a covered "auto" or a vehicle such Named Insured or any "family member" is "occupying"; or

**(2)** Cause an "accident" resulting in "bodily injury" to an individual Named Insured or any "family member" without hitting that Named Insured, any "family member", a covered "auto" or a vehicle such Named Insured or any "family member" is "occupying".

If there is no physical contact with the land motor vehicle or "trailer", the facts of the "accident" must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned by a governmental unit or agency;

**b.** Designed for use mainly off public roads while not on public roads; or

**c.** Owned by or furnished or available for the regular use of the Named Insured, or if the Named Insured is an individual, any "family member" unless it is a covered "auto" to which the coverage form's Liability Coverage applies and liability coverage is excluded for any person or organization other than the Named Insured, or if the Named Insured is an individual, any "family member".

 © Insurance Services Office, Inc., 2009

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 02-22-22

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

We agree with the "named insured", subject to all the provisions of this endorsement and to all of the provisions of the policy except as modified herein, as follows that:

**SCHEDULE**

Any Personal Injury Protection deductible shown in the Declarations of **$** 0

is applicable to ☐ the following "named insured" only:

☐ each "named insured" and each dependent "family member".

☐ Work loss for "named insured" does not apply.

☐ Work loss for "named insured" and dependent "family member" does not apply.

| **Benefits** | **Limit Per Person** |
|---|---|
| Total Aggregate Limit for all Personal Injury Protection Benefits, except Death Benefits | $10,000 |
| Death Benefits | $5,000 |
| Medical Expenses | 80% of medical expenses subject to the total aggregate limit and the provisions of Paragraphs **D.2.a.** and **b.** under Limit Of Insurance. |
| Work Loss | 60% of work loss subject to the total aggregate limit |
| Replacement Services Expenses | subject to the total aggregate limit |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

We will pay Personal Injury Protection benefits in accordance with the Florida Motor Vehicle No-fault Law to or for an "insured" who sustains "bodily injury" in an "accident" arising out of the ownership, maintenance or use of a "motor vehicle". Subject to the limits shown in the Schedule, these Personal Injury Protection benefits consist of the following:

**1. Medical Expenses**

**a.** All reasonable "medically necessary" expenses for medical, surgical, X-ray, dental, ambulance, hospital, professional nursing and rehabilitative services, including prosthetic devices. However, we will pay for these benefits only if the "insured" receives initial services and care within 14 days after the "motor vehicle" "accident" that are:

**(1)** Lawfully provided, supervised, ordered or prescribed by a licensed physician, dentist or chiropractic physician;

**(2)** Provided in a hospital or in a facility that owns, or is wholly owned by, a hospital; or

**(3)** Provided by a person or entity licensed to provide emergency transportation and treatment;

 © Insurance Services Office, Inc., 2013

as authorized by the Florida Motor Vehicle No-fault Law.

**b.** Upon referral by a licensed health care provider described in Paragraph **A.1.a.(1), (2)** or **(3),** follow-up services and care consistent with the underlying medical diagnosis rendered pursuant to Paragraph **A.1.a.,** if provided, supervised, ordered or prescribed only by a licensed:

**(1)** Physician, osteopathic physician, chiropractic physician or dentist; or

**(2)** Physician assistant or advanced registered nurse practitioner, under the supervision of such physician, osteopathic physician chiropractic physician or dentist;

as authorized by the Florida Motor Vehicle No-fault Law.

Follow-up services and care may also be provided by:

**(3)** A licensed hospital or ambulatory surgical center;

**(4)** An entity wholly owned by one or more licensed physicians, osteopathic physicians, chiropractic physicians or dentists; or by such practitioners and the spouse, parent, child, or sibling of such practitioners;

**(5)** An entity that owns or is wholly owned, directly or indirectly, by a hospital or hospitals;

**(6)** A licensed physical therapist, based upon referral by a provider described in Paragraph **A.1.b;** or

**(7)** A health care clinic licensed under the Florida Health Care Clinic Act:

**(a)** Which is accredited by the Joint Commission on Accreditation of Healthcare Organizations, the American Osteopathic Association, the Commission on Accreditation of Rehabilitation Facilities or the Accreditation Association for Ambulatory Health Care, Inc.; or

**(b)** Which:

**(i)** Has a licensed medical director;

**(ii)** Has been continuously licensed for more than three years or is a publicly traded corporation that issues securities traded on an exchange registered with the United States Securities and Exchange Commission as a national securities exchange; and

**(iii)** Provides at least four of the following medical specialties:

**i.** General medicine;

**ii.** Radiography;

**iii.** Orthopedic medicine;

**iv.** Physical medicine;

**v.** Physical therapy;

**vi.** Physical rehabilitation;

**vii.** Prescribing or dispensing outpatient prescription medication; or

**viii.** Laboratory services;

as authorized by the Florida Motor Vehicle No-fault Law.

However, with respect to Paragraph **A.1.,** medical expenses do not include massage or acupuncture, regardless of the person, entity or licensee providing the massage or acupuncture;

**2. Replacement Services Expenses**

With respect to the period of disability of the injured person, all expenses reasonably incurred in obtaining from others ordinary and necessary services in lieu of those that, but for such injury, the injured person would have performed without income for the benefit of his or her household;

**3. Work Loss**

With respect to the period of disability of the injured person, any loss of income and earning capacity from inability to work proximately caused by the injury sustained by the injured person; and

**4. Death Benefits**

**B. Who Is An Insured**

**1.** The "named insured".

**2.** If the "named insured" is an individual, any "family member".

**3.** Any other person while "occupying" a covered "motor vehicle" with the "named insured's" consent.

 © Insurance Services Office, Inc., 2013

4. A "pedestrian" if the "accident" involves the covered "motor vehicle".

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

1. Sustained by the "named insured" or any "family member" while "occupying" any "motor vehicle" owned by the "named insured" that is not a covered "motor vehicle";
2. Sustained by any person while operating the covered "motor vehicle" without the "named insured's" expressed or implied consent;
3. Sustained by any person, if such person's conduct contributed to his or her "bodily injury" under any of the following circumstances:
   a. Causing "bodily injury" to himself or herself intentionally; or
   b. While committing a felony;
4. To the "named insured" or any "family member" for work loss if an entry in the Schedule or Declarations indicates that coverage for work loss does not apply;
5. To any "pedestrian", other than the "named insured" or any "family member", not a legal resident of the state of Florida;
6. To any person, other than the "named insured", if that person is the "owner" of a "motor vehicle" for which security is required under the Florida Motor Vehicle No-fault Law;
7. To any person, other than the "named insured", or any "family member", who is entitled to personal injury protection benefits from the owner of a "motor vehicle" that is not a covered "motor vehicle" under this insurance or from the "owner's" insurer; or
8. To any person who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

**D. Limit Of Insurance**

1. Regardless of the number of persons insured, policies or bonds applicable, premiums paid, vehicles involved or claims made, the total aggregate limit of personal injury protection benefits, available under the Florida Motor Vehicle No-fault Law from all sources combined, including this policy, for or on behalf of any one person who sustains "bodily injury" as the result of any one "accident", shall be:
   a. $10,000 for medical expenses, work loss and replacement services; and
   b. $5,000 for death benefits.
2. Subject to Paragraph **D.1.a.,** we will pay:
   a. Up to $10,000 for medical expenses, if a licensed physician, dentist, physician assistant or an advanced registered nurse practitioner authorized by the Florida Motor Vehicle No-fault Law has determined that the "insured" had an "emergency medical condition"; or
   b. Up to $2,500 for medical expenses, if any health care provider described in Paragraph **A.1.a.** or **A.1.b.** has determined that the "insured" did not have an "emergency medical condition".
3. Any amount paid under this coverage will be reduced by the amount of benefits an injured person has been paid or is entitled to be paid for the same elements of "loss" under any workers' compensation law.
4. If personal injury protection benefits, under the Florida Motor Vehicle No-fault Law, have been received from any insurer for the same elements of loss and expense benefits available under this policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.
5. The deductible amount shown in the Schedule will be deducted from the total amount of expenses and losses listed in Paragraphs **A.1., A.2.** and **A.3.** of this endorsement before the application of any percentage limitation for each "insured" to whom the deductible applies. The deductible does not apply to the death benefit.
6. Any amount paid under this coverage for medical expenses may be limited by the medical fee schedule prescribed by the Florida Motor Vehicle No-fault Law.

**E. Changes In Conditions**

The **Conditions** are changed for **Personal Injury Protection** as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** is replaced by the following:

   Compliance with the following duties is a condition precedent to receiving benefits:

   In the event of an "accident", the "named insured" must give us or our authorized representative prompt written notice of the "accident".

 © Insurance Services Office, Inc., 2013

If any injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against a third party, a copy of the summons, complaint or other process served in connection with that legal action must be forwarded to us as soon as possible by the injured person or his or her legal representative.

A person seeking personal injury protection benefits must, as soon as possible, give us written proof of claim, under oath if required, containing full particulars concerning the injuries and treatment received and/or contemplated, and send us any other information that will assist us in determining the amount due and payable.

A person seeking personal injury protection benefits must submit to an examination under oath. The scope of questioning during the examination under oath is limited to relevant information or information that could reasonably be expected to lead to relevant information.

**2. Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

**a.** No legal action may be brought against us until there has been full compliance with all terms of this policy. In addition, no legal action may be brought against us:

**(1)** Until the claim for benefits is overdue in accordance with Paragraph **F.2.** of this endorsement; and

**(2)** Until we are provided with a demand letter in accordance with the Florida Motor Vehicle No-fault Law sent to us via U.S. certified or registered mail; and

**(3)** With respect to the overdue claim specified in the demand letter, if, within 30 days of receipt of the demand letter, we:

**(a)** Pay the overdue claim; or

**(b)** Agree to pay for future treatment not yet rendered;

in accordance with the requirements of the Florida Motor Vehicle No-fault Law.

**b.** If legal action is brought against us, all claims related to the same health care provider or facility shall be brought in a single action, unless good cause can be shown why such claims should be brought separately.

**3. Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

**Transfer Of Rights Of Recovery Against Others To Us**

Unless prohibited by the Florida Motor Vehicle No-fault Law, in the event of payment to or for the benefit of any injured person under this coverage:

**a.** We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from the proceeds of any settlement or judgment resulting from any right of recovery of the injured person against any person or organization legally responsible for the "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

**b.** If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

**c.** The insurer providing personal injury protection benefits on a private passenger "motor vehicle", as defined in the Florida Motor Vehicle No-fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle", as defined in the Florida Motor Vehicle No-fault Law, if such injured person sustained the injury while "occupying", or while a "pedestrian" through being struck by, such commercial "motor vehicle". However, such insurer's right of reimbursement under this Paragraph **c.** does not apply to an "owner" or registrant of a "motor vehicle" used as a taxicab.

**4. Concealment, Misrepresentation Or Fraud** is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

We do not provide coverage under this endorsement for an "insured" if that "insured" has committed, by a material act or omission, insurance fraud relating to personal injury protection coverage under this form, if fraud is admitted to in a sworn statement by the "insured" or if the fraud is established in a court

 © Insurance Services Office, Inc., 2013

of competent jurisdiction. Any insurance fraud voids all personal injury protection coverage arising from the claim with respect to the "insured" who committed the fraud. Any benefits paid prior to the discovery of the fraud are recoverable from that "insured".

**5. Policy Period, Coverage Territory** is replaced by the following:

**Policy Period, Coverage Territory**

The insurance under this section applies only to "accidents" which occur during the policy period:

**a.** In the state of Florida;

**b.** As respects the "named insured" or any "family member", while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of America, its territories or possessions or Canada; and

**c.** As respects the "named insured", while "occupying" a "motor vehicle" of which a "family member" is the "owner" and for which security is maintained under the Florida Motor Vehicle No-fault Law outside the state of Florida but within the United States of America, its territories or possessions or Canada.

**F. Additional Conditions**

The following conditions are added:

**1. Mediation**

**a.** In any claim filed by an "insured" with us for:

**(1)** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

**(2)** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

**(3)** "Loss" to a covered "auto" or its equipment, in any amount,

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**b.** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**c.** The request must state:

**(1)** Why mediation is being requested.

**(2)** The issues in dispute, which are to be mediated.

**d.** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**e.** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**f.** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**2. Payment Of Benefits**

Personal injury protection benefits payable under this Coverage Form, whether the full or partial amount, may be overdue if not paid within 30 days after we are furnished with written notice of the covered loss and the amount of the covered loss in accordance with the Florida Motor Vehicle No-fault Law.

However, if we have a reasonable belief that a fraudulent insurance act has been committed relating to personal injury protection coverage under this Coverage Form, we will notify the "insured" in writing, within 30 days after the submission of the claim, that the claim is being investigated for suspected fraud. No later than 90 days after the submission of the claim, we will either deny or pay the claim, in accordance with the Florida Motor Vehicle No-fault Law.

If we pay only a portion of a claim or reject a claim due to an alleged error in the claim, we, at the time of the partial payment or rejection,

 © Insurance Services Office, Inc., 2013

will provide an itemized specification or explanation of benefits due to the specified error. Upon receiving the specification or explanation, the person making the claim, at the person's option and without waiving any other legal remedy for payment, has 15 days to submit a revised claim, which will be considered a timely submission of written notice of a claim.

**3. Modification Of Policy Coverages**

Any Automobile Medical Payments Coverage and any Uninsured Motorists Coverage afforded by the policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any Medical Payments Coverage afforded by the policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits but shall not be payable for the amount of the deductible selected.

**4. Medical Reports And Examinations; Payment Of Claim Withheld**

As soon as practicable, the person making the claim shall submit to mental and physical examinations at our expense when and as often as we may reasonably require and a copy of the medical report shall be forwarded to such person if requested. If the person unreasonably refuses to submit to, or fails to appear at, an examination, we will not be liable for subsequent personal injury protection benefits. Such person's refusal to submit to, or failure to appear at, two examinations, raises a rebuttable presumption that such person's refusal or failure was unreasonable.

Whenever a person making a claim as a result of an injury sustained while committing a felony is charged with committing that felony, we shall withhold benefits until, at the trial level, the prosecution makes a formal entry on the record that it will not prosecute the case against the person, the charge is dismissed or the person is acquitted.

**5. Provisional Premium**

In the event of any change in the rules, rates, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-fault Law providing for the exemption of persons from tort liability, the premium stated in the Declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation. If this policy is a renewal policy, such recomputation shall also include a determination of the amount of any return premium previously credited or refunded to the "named insured" pursuant to the Florida Motor Vehicle No-fault Law with respect to insurance afforded under a previous policy.

If the final premium thus recomputed exceeds the premium shown in the Declarations, the "named insured" shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

**6. Special Provisions For Rented Or Leased Vehicles**

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying", or through being struck by, a "motor vehicle" rented or leased under a rental or lease agreement which does not specify otherwise in language required by FLA. STAT. SECTION 627.7263(2) in at least 10-point type on the face of the agreement, the personal injury protection benefits available under the Florida Motor Vehicle No-fault Law and afforded under the lessor's policy shall be primary.

**7. Insured's Right To Personal Injury Protection Information**

**a.** In a dispute between us and an "insured", or between us and an assignee of the "insured's" personal injury protection benefits, we will, upon request, notify such "insured" or assignee that the limits for Personal Injury Protection have been reached. We will provide such information within 15 days after the limits for Personal Injury Protection have been reached.

**b.** If legal action is commenced, we will, upon request, provide an "insured" with a copy of a log of personal injury protection benefits paid by us on behalf of the "insured". We will provide such information within 30 days of receipt of the request for the log from the "insured".

**G. Additional Definitions**

As used in this endorsement:

 © Insurance Services Office, Inc., 2013

**1.** "Emergency medical condition" means a medical condition manifesting itself by acute symptoms of sufficient severity, which may include severe pain, such that the absence of immediate medical attention could reasonably be expected to result in any of the following:

**a.** Serious jeopardy to "insured's" health;

**b.** Serious impairment to bodily functions; or

**c.** Serious dysfunction of any bodily organ part.

**2.** "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle.

However, "motor vehicle" does not include:

**a.** A mobile home;

**b.** Any "motor vehicle" which is used in mass transit, other than public school transportation, and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority or a political subdivision of the state.

**3.** "Family member" means a person related to the "named insured" by blood, marriage or adoption, including a ward or foster child, who is a resident of the same household as the "named insured".

**4.** "Named insured" means the person or organization named in the Declarations of the policy and, if an individual, shall include the spouse if a resident of the same household.

**5.** "Occupying" means in or upon or entering into or alighting from.

**6.** "Owner" means a person or organization who holds the legal title to a "motor vehicle" and also includes:

**a.** A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement;

**b.** A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more; and

**c.** A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

**7.** "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

**8.** "Medically necessary" refers to a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease or symptom in a manner that is:

**a.** In accordance with generally accepted standards of medical practice;

**b.** Clinically appropriate in terms of type, frequency, extent, site and duration; and

**c.** Not primarily for the convenience of the patient, physician or other health care provider.

© Insurance Services Office, Inc., 2013

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".
2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".
3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.
2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.
3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".
4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.
5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.
6. "Bodily injury" arising directly or indirectly out of:
   a. War, including undeclared or civil war;
   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.
7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.
8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

 © ISO Properties, Inc., 2005

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

**1.** The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.

**2.** The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance – Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

 © ISO Properties, Inc., 2005

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 02-22-22

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVE OTHER CAR COVERAGE – BROADENED COVERAGE FOR NAMED INDIVIDUALS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**SCHEDULE**

| LIMITS | | | |
|---|---|---|---|
| | Liability | $ | Limits of Insurance as |
| | Auto Medical Payments | $ | stated in Item Two of |
| | Uninsured Motorists | $ | the applicable Coverage |
| | Underinsured Motorists | $ | Part Declarations |

| Name of Individual | Liability Premium | Auto Medical Payments Premium | Uninsured Motorists Premium | Underinsured Motorists Premium | Physical Damage Comprehensive Deductible | Physical Damage Comprehensive Premium | Physical Damage Collision Deductible | Physical Damage Collision Premium |
|---|---|---|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ | $ | $ | $ |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Note** – When Uninsured Motorists Coverage is provided at limits higher than the basic limits required by a financial responsibility law, Underinsured Motorists Coverage is included, unless otherwise noted. If Underinsured Motorists Coverage is provided as a separate coverage, make appropriate entry in the Schedule above.

**A.** This endorsement changes only those coverages where a premium is shown in the Schedule.

**B. Changes In Liability Coverage**

**1.** Any "auto" you don't own, hire or borrow is a covered "auto" for Liability Coverage while being used by any individual named in the Schedule or by his or her spouse while a resident of the same household except:

**a.** Any "auto" owned by that individual or by any member of his or her household.

**b.** Any "auto" used by that individual or his or her spouse while working in a business

 © Insurance Services Office, Inc., 2009

of selling, servicing, repairing or parking "autos".

**2.** The following is added to **Who Is An Insured**:

Any individual named in the Schedule and his or her spouse, while a resident of the same household, are "insureds" while using any covered "auto" described in Paragraph **B.1.** of this endorsement.

**C. Changes In Auto Medical Payments And Uninsured And Underinsured Motorists Coverages**

The following is added to **Who Is An Insured**:

Any individual named in the Schedule and his or her "family members" are "insureds" while "occupying" or while a pedestrian when being struck by any "auto" you don't own except:

Any "auto" owned by that individual or by any "family member".

**D. Changes In Physical Damage Coverage**

Any private passenger type "auto" you don't own, hire or borrow is a covered "auto" while in the care, custody or control of any individual named in the Schedule or his or her spouse while a resident of the same household except:

**1.** Any "auto" owned by that individual or by any member of his or her household.

**2.** Any "auto" used by that individual or his or her spouse while working in a business of selling, servicing, repairing or parking "autos".

**E. Additional Definition**

As used in this endorsement:

"Family member" means a person related to the individual named in the Schedule by blood, marriage or adoption who is a resident of the individual's household, including a ward or foster child.

 © Insurance Services Office, Inc., 2009

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO COVERAGE PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

**GENERAL DESCRIPTION OF COVERAGE –** This endorsement broadens coverage. However, coverage for any injury, damage or medical expenses described in any of the provisions of this endorsement may be excluded or limited by another endorsement to the Coverage Part, and these coverage broadening provisions do not apply to the extent that coverage is excluded or limited by such an endorsement. The following listing is a general coverage description only. Limitations and exclusions may apply to these coverages. Read all the provisions of this endorsement and the rest of your policy carefully to determine rights, duties, and what is and is not covered.

**A. BLANKET ADDITIONAL INSURED**
**B. EMPLOYEE HIRED AUTO**
**C. EMPLOYEES AS INSURED**
**D. SUPPLEMENTARY PAYMENTS – INCREASED LIMITS**
**E. TRAILERS – INCREASED LOAD CAPACITY**
**F. HIRED AUTO PHYSICAL DAMAGE**
**G. PHYSICAL DAMAGE – TRANSPORTATION EXPENSES – INCREASED LIMIT**
**H. AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT – INCREASED LIMIT**
**I. WAIVER OF DEDUCTIBLE – GLASS**
**J. PERSONAL PROPERTY**
**K. AIRBAGS**
**L. AUTO LOAN LEASE GAP**
**M. BLANKET WAIVER OF SUBROGATION**

**A. BLANKET ADDITIONAL INSURED**

The following is added to Paragraph **c.** in **A. 1., Who Is An Insured**, of **SECTION II – LIABILITY COVERAGE:**

This includes any person or organization who you are required under a written contract or agreement that is signed by you before the "bodily injury" or "property damage" occurs and that is in effect during the policy period, to name as an additional insured for Liability Coverage, but only for damages to which this insurance applies and only to the extent of that person's or organization's liability for the conduct of another "insured".

**B. EMPLOYEE HIRED AUTOS**

**1.** The following is added to Paragraph **A. 1., Who Is An Insured** of **SECTION II – LIABILITY COVERAGE:**

An "employee" of yours is an "insured" while operating a covered "auto" hired or rented under a contract or agreement in that "employee's" name, with your permission, while performing duties related to the conduct of your business.

**2.** The following replaces Paragraph **b.** in **B.5., Other Insurance**, of **SECTION IV – BUSINESS AUTO CONDITIONS**:

**b.** For Hired Auto Physical Damage Coverage, the following are deemed to be covered "autos" you own:

**(1)** Any covered "auto" you lease, hire, rent or borrow; and

**(2)** Any covered "auto" hired or rented by your "employee under a contract in that an "employee's" name, with your permission, while performing duties related to the conduct of your business.

However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**C. EMPLOYEES AS INSURED**

The following is added to Paragraph **A.1., Who Is An Insured**, of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

Any "employee" of yours is an "insured" while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission

**D. SUPPLEMENTARY PAYMENTS – INCREASED LIMITS**

1. The following replaces Paragraph **A.2.a.(2)** of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

   **(2)** Up to $3,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

2. The following replaces Paragraph **A.2.a.(4)** of **SECTION II – COVERED AUTOS LIABILITY COVERAGE**:

   **(4)** All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $500 a day because of time off from work.

**E. TRAILERS – INCREASED LOAD CAPACITY**

The following replaces Paragraph **C. 1.** , of **SECTION I – COVERED AUTOS**:

1. "Trailers" with a load capacity of 3,000 pounds or less designed primarily for travel on public roads.

**F. HIRED AUTO PHYSICAL DAMAGE**

The following is added to Paragraph **A. 4.**, **Coverage Extensions,** of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

**Hired Auto Physical Damage Coverage Extension**

If hired "autos" are covered "autos" for Liability Coverage and this policy also provides Physical Damage Coverage for an owned "auto", then the Physical Damage Coverage is extended to "autos" that you hire, rent or borrow subject to the following:

**(1)** The most we will pay for "loss" in any one "accident" to a hired, rented or borrowed "auto" is the lesser of:

   **(a)** $50,000;

   **(b)** The actual cash value of the damaged or stolen property as of the time of the "loss"; or

   **(c)** The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

**(2)** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**(3)** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of betterment.

**(4)** A deductible equal to the highest Physical Damage deductible applicable to any owned covered "auto".

**(5)** This Coverage Extension does not apply to:

   **(a)** Any "auto" that is hired, rented or borrowed with a driver; or

   **(b)** Any "auto" that is hired, rented or borrowed from your "employee".

**G. PHYSICAL DAMAGE – TRANSPORTATION EXPENSES – INCREASED LIMIT**

The following replaces the first sentence in Paragraph **A.4.a.**, **Transportation Expenses**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

We will pay up to $50 per day to a maximum of $1,500 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type.

**H. AUDIO, VISUAL AND DATA ELECTRONIC EQUIPMENT – INCREASED LIMIT**

Paragraph **C.1.b.** of **SECTION III – PHYSICAL DAMAGE COVERAGE** is deleted.

**I. WAIVER OF DEDUCTIBLE – GLASS**

The following is added to Paragraph **D. Deductible**, of **SECTION III – PHYSCIAL DAMAGE COVERAGE**:

No deductible applies under Specified Causes of Loss or Comprehensive coverage for "loss" to glass used in the windshield.

**J. PERSONAL PROPERTY**

The following is added to Paragraph **A. 4. Coverage Extensions**, of **SECTION III – PHYSCIAL DAMAGE COVERAGE**:

**Personal Property Coverage**

We will pay up to $400 for "loss" to wearing apparel and other personal effects which are:

   **(1)** owned by an "insured"; and

   **(2)** in or on your covered "auto";

in the event of a total theft "loss" of your covered "auto".

No deductibles apply to Personal Effects Coverage.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission

**K. AIRBAGS**

The following is added to Paragraph **B.3.**, **Exclusions**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

Exclusion **3.a.** does not apply to "loss" to one or more airbags in a covered "auto" you own that inflate due to a cause other than a cause of "loss" set forth in Paragraphs **A.1.b.** and **A.1.c.**, but only:

**a.** If that "auto" is a covered "auto" for Comprehensive Coverage under this policy;

b. The airbags are not covered under any warranty; and

c. The airbags were not intentionally inflated.

We will pay up to a maximum of $1,000 for any one "loss".

**L. AUTO LOAN LEASE GAP**

The following is added to Paragraph **A. 4. Coverage Extensions**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

**Auto Loan Lease Gap Coverage for Private Passenger Type Vehicles**

In the event of a total "loss" to a covered "auto" of the private passenger type shown in the Schedule or Declarations for which Physical Damage Coverage is provided, we will pay any unpaid amount due on the lease or loan for such covered "auto" less the following:

**(1)** The amount paid under the Physical Damage Coverage Section of the policy for that "auto"; and

**(2)** Any:

**(a)** Overdue lease/loan payments at the time of the "loss";

**(b)** Financial penalties imposed under a lease for excessive use, abnormal wear and tear or high mileage;

**(c)** Security deposits not returned by the lessor;

**(d)** Costs for extended warranties, Credit Life Insurance, Health, Accident or Disability Insurance purchased with the loan or lease; and

**(e)** Carry-over balances from previous loans or leases.

**M. BLANKET WAIVER OF SUBROGATION**

The following replaces Paragraph **A. 5.**, **Transfer Of Rights Of Recovery Against Others To Us**, of **SECTION IV – BUSINESS AUTO CONDITIONS**:

**5. Transfer Of Rights Of Recovery Against Others To Us**

We waive any right of recovery we may have against any person or organization to the extent required of you by a written contract executed prior to any "accident" or "loss", provided that the "accident" or "loss" arises out of the operations contemplated by such contract. The waiver applies only to the person or organization designated in such contract.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 02-22-22

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SHORT TERM HIRED AUTO – ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

**SCHEDULE**

Additional Insured (Lessor):

Any lessor of a "leased auto" under a leasing or rental agreement of less than 6 months.

Designation Or Description Of "Leased Autos":

Any "leased auto" under a leasing or rental agreement of less than 6 months.

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow for **Liability Coverage**.
2. For a "leased auto" designated or described in the Schedule, **Who Is An Insured** is changed to include as an "insured" the lessor of such "leased auto". However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:
   a. You;
   b. Any of your "employees" or agents; or
   c. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.
3. Coverage for any "leased auto" described in the Schedule applies until the end of the policy period shown in the Declarations or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor, if your policy includes Hired Auto Physical Damage Coverage, for "loss" to a "leased auto".
2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.
3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**C.** The lessor is not liable for payment of your premiums.

**D. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF EMPLOYEE DEFINITION

This endorsement modifies insurance provided under the following:

    BUSINESS AUTO COVERAGE FORM
    GARAGE COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

The following replaces the definition of "employee" in the **DEFINITIONS** Section:

"Employee" includes a "leased worker" and a "temporary worker".

© 2010 The Travelers Indemnity Company
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BLANKET ADDITIONAL INSURED – PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

**PROVISIONS**

1. The following is added to Paragraph **A.1.c.**, **Who Is An Insured**, of **SECTION II – LIABILITY COVERAGE**:

   This includes any person or organization who you are required under a written contract or agreement between you and that person or organization, that is signed by you before the "bodily injury" or "property damage" occurs and that is in effect during the policy period, to name as an additional insured for Liability Coverage, but only for damages to which this insurance applies and only to the extent of that person's or organization's liability for the conduct of another "insured".

2. The following is added to Paragraph **B.5.**, **Other Insurance** of **SECTION IV – BUSINESS AUTO CONDITIONS**:

   Regardless of the provisions of paragraph **a.** and paragraph **d.** of this part **5. Other Insurance,** this insurance is primary to and non-contributory with applicable other insurance under which an additional insured person or organization is the first named insured when the written contract or agreement between you and that person or organization, that is signed by you before the "bodily injury" or "property damage" occurs and that is in effect during the policy period, requires this insurance to be primary and non-contributory.

© 2016 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 02-22-22

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ROADSIDE ASSISTANCE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

**ROADSIDE ASSISTANCE SCHEDULE**

| Description of Auto | Premium |
|---|---|
| 2003 CHEVROLET EXPRESS G3 1GBJG31U631137501 | $25 |
| 2010 CHEVROLET EXPRESS G2 1GCZGFBA8A1122676 | $25 |
| 2010 CHEVROLET EXPRESS G2 1GCZGFBA0A1120257 | $25 |
| 2010 CHEVROLET EXPRESS G2 1GCZGFBA3A1100083 | $25 |
| 2010 CHEVROLET EXPRESS G2 1GCZGFBA6A1176705 | $25 |
| 2008 FORD ECONOLINE 1FTNE24W18DA47043 | $25 |
| 2006 CHEVROLET EXPRESS G2 1GCGG25V961264010 | $25 |
| 2012 FORD F150 1FTFW1CF1CFC23955 | $25 |
| 2013 FORD ECONOLINE 1FTNE1EW4DDA63269 | $25 |
| 2013 FORD ECONOLINE 1FTNE1EW4DDA82906 | $25 |

**PROVISIONS**

1. The following is added to Paragraph **A.**, **Coverage**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

   **Roadside Assistance Coverage**

   **a.** We will pay for any roadside assistance service specified below provided by our "authorized service provider" when a covered "auto" that is an "eligible auto" is disabled and located within 100 feet of a paved public road, on a driveway, on a private road or in a parking facility, if the "eligible auto" is accessible as determined by our "authorized service provider":

   **(1)** Towing or flatbed transport;

   **(2)** Winching;

   **(3)** Jump starting a dead battery;

   **(4)** Changing a flat tire:

   **(5)** Key lock-out service; or

   **(6)** Delivery of fuel, oil, water or other vehicle fluids.

   **b.** We will pay for towing or flatbed transport for an "eligible auto":

   **(1)** Up to 100 miles; or

   **(2)** To the nearest qualified repair facility selected by our "authorized service provider" when there is no repair facility available within 100 miles.

   We will not pay for the cost of supplies, replacement parts, fuel, other fluids or any labor performed at the service or repair facility.

   **c.** In the event that you decide not to use our "authorized service provider", or our "authorized service provider" is unable to provide the roadside assistance service, we will reimburse you for the cost of any roadside assistance service listed in Paragraph **a.** that you receive from another provider, but only for reasonable charges as determined by us. Receipt for any of these services must be provided to us for consideration of payment.

   **d.** No deductible applies to this Roadside Assistance Coverage.

2. The following is added to Paragraph **A.2.**, **Towing**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

   This Towing Coverage does not apply to any covered "auto" that is an "eligible auto" for Roadside Assistance Coverage under this policy.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

3. The following is added to Paragraph **B.7.**, **Policy Period, Coverage Territory**, of **SECTION IV – BUSINESS AUTO CONDITIONS**:

   However, for any Roadside Assistance Coverage under this policy, the coverage territory is only the United States of America and Canada.

4. The following is added to the **DEFINITIONS** Section:

   "Authorized service provider" means a service provider contracted by us, at no charge to you, to provide or procure roadside assistance services on our behalf.

   "Eligible auto" means any "auto" you own that is shown in the Roadside Assistance Schedule, and for which a premium is shown, that is a covered "auto" for Comprehensive Coverage or Specified Causes of Loss under this policy.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ROADSIDE ASSISTANCE COVERAGE

## ROADSIDE ASSISTANCE SCHEDULE (cont'd)

| Description of Auto | Premium |
|---|---|
| 2014 GMC SAVANA 1GTW7FCA8E1910039 | $25 |
| 2013 FORD ECONOLINE 1FTNE2EW1DDA54051 | $25 |
| 2014 GMC SAVANA 1GTW7FCAXE1905571 | $25 |
| 2015 NISSAN NV 1N6BF0KY7FN800667 | $25 |
| 2011 FORD ECONOLINE 1FTNE2EW9BDA46955 | $25 |
| 2007 CHEVROLET SILVERADO 1GCEC14X67Z651830 | $25 |
| 2015 GMC SAVANA 1GTW7FCF3F1908339 | $25 |
| 2014 CHEVROLET EXPRESS G2 1GCWGFCA4E1164494 | $25 |
| 2017 CHEVROLET EXPRESS G2 1GCWGAFF9H1139976 | $25 |
| 2017 CHEVROLET EXPRESS G2 1GCWGAFFXH1144524 | $25 |
| 2017 CHEVROLET EXPRESS G2 1GCWGAFF2H1143805 | $25 |
| 2009 CHEVROLET SILVERADO 1GCEC14X69Z191121 | $25 |
| 2017 CHEVROLET EXPRESS G2 1GCWGAFF9H1169432 | $25 |
| 2017 CHEVROLET EXPRESS G2 1GCWGAFF8H1170216 | $25 |
| 2018 CHEVROLET SILVERADO 1GCNCNEH3JZ122289 | $25 |
| 2017 GMC SAVANA 1GTW7AFFXH1110826 | $25 |
| 2018 GMC SIERRA 3GTU2PEJ9JG224693 | $25 |
| 2018 NISSAN NV 1N6BF0KY9JN818483 | $25 |
| 2020 NISSAN NV 1N6BF0KYXLN809732 | $25 |
| 2020 NISSAN NV 1N6BF0KYXLN810735 | $25 |
| 2021 HYUNDAI PALISADE KM8R54HE4MU201104 | $25 |
| 2021 NISSAN NV 1N6BF0KY2MN805787 | $25 |
| 2020 NISSAN NV 1N6BF0KY9LN809155 | $25 |
| 2021 NISSAN NV 1N6BF0KY5MN804469 | $25 |
| 2021 NISSAN NV 1N6BF0KY5MN804472 | $25 |
| 2020 CHEVROLET SILVERADO 3GCUYHEDXLG410793 | $25 |
| 2021 NISSAN NV 1N6BF0KY6MN804612 | $25 |
| 2021 NISSAN NV 1N6BF0KY6MN805789 | $25 |
| 2022 CADILLAC ESCALADE 1GYS3GKL4NR163845 | $25 |

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** **Covered Autos Liability Coverage** is changed as follows:

Paragraph **(5)** of **a. Supplementary Payments** under **Coverage Extensions** in the Auto Dealers, Business Auto and Motor Carrier Coverage Forms is replaced by the following:

We will pay for the "insured":

**(5)** All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**B.** **Physical Damage Coverage** is changed as follows:

**1.** No deductible applies under Specified Causes Of Loss or Comprehensive Coverage for "loss" to glass used in the windshield.

**2.** All other **Physical Damage Coverage** provisions will apply.

**C.** Paragraph **1.** of **Loss Conditions, Appraisal For Physical Damage Loss,** is replaced by the following:

**1.** **Appraisal For Physical Damage Loss** If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in this endorsement. The mediation must be completed before a demand for appraisal can be made. In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**D.** The **General Conditions** are amended as follows:

**1.** The following is added to the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms, and **Other Insurance – Primary And Excess Provisions** Condition in the Motor Carrier Coverage Form:

**a.** When this Coverage Form and any other Coverage Form or policy providing liability coverage applies to an "auto" and:

**(1)** One provides coverage to a lessor of "autos" for rent or lease; and

**(2)** The other provides coverage to a person not described in Paragraph **D.1.a.(1);**

then the Coverage Form or policy issued to the lessor described in Paragraph **D.1.a.(1)** is excess over any insurance available to a person described in **D.1.a.(2)** if the face of the lease or rental agreement contains, in at least 10 point type, the following language:

The valid and collectible liability insurance and personal injury protection insurance of any

 © Insurance Services Office, Inc., 2020

authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by FLA. STAT. SECTION 324.021(7) and FLA. STAT. SECTION 627.736.

**b.** When this Coverage Form and any other Coverage Form or policy providing liability coverage applies to an "auto" being used as a temporary substitute for a service customer's auto that is being held by a motor vehicle dealer, or a motor vehicle dealer's leasing or rental affiliate for repair, service or adjustment; and:

**(1)** One provides coverage to the service customer; and

**(2)** The other provides coverage to a motor vehicle dealer, or a motor vehicle dealer's leasing or rental affiliate;

then the Coverage Form or policy issued to the service customer described in Paragraph **D.1.b.(1)** is primary over any insurance available to an entity described in **D.1.b.(2)** if:

**(1)** The vehicle is provided without charge or at a reasonable daily charge;

**(2)** There is no negligence or criminal wrongdoing on the part of the vehicle dealer, or its leasing or rental affiliate; and

**(3)** The vehicle dealer or its leasing or rental affiliate executes a written rental or use agreement and obtains from the person receiving the temporary replacement a copy of the person's driver license and insurance information reflecting at least the minimum motor vehicle insurance coverage provided in the state.

**2.** The following condition is added to the Auto Dealers, Business Auto and Motor Carrier Coverage Forms:

**Mediation**

**1.** In any claim filed by an "insured" with us for:

**a.** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

**b.** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

**c.** "Loss" to a covered "auto" or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

**2.** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

**3.** The request must state:

**a.** Why mediation is being requested.

**b.** The issues in dispute, which are to be mediated.

**4.** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

**5.** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

**6.** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

 © Insurance Services Office, Inc., 2020

# POLICYHOLDER NOTICE AND ENDORSEMENT

# USE OF MEDICAL FEE SCHEDULE FOR PERSONAL INJURY PROTECTION CLAIMS

**IMPORTANT NOTICE**

This is notice that medical expenses payable under your Florida Personal Injury Protection (endorsement CA 22 10 01 13) will be limited by the medical fee schedule prescribed by the Florida Motor Vehicle No-Fault Law as provided in Paragraph **D.6.** of your Florida Personal Injury Protection endorsement. Your policy contains additional terms and conditions of this coverage. If you have any questions about this or other issues related to your policy, please call your Travelers agent or representative.

**PROVISIONS**

The following is added to Paragraph **D.6.**, **Limit Of Insurance**, of the **Florida Personal Injury Protection** included in your policy:

We will limit reimbursement of medical expenses to 80 percent of a properly billed reasonable charge, but in no event will we pay more than 80 percent of the following schedule of maximum charges:

**(a)** For emergency transport and treatment by providers licensed under Chapter 401, Florida Statutes, 200 percent of Medicare.

**(b)** For emergency services and care provided by a hospital licensed under Chapter 395, Florida Statutes, 75 percent of the hospital's usual and customary charges.

**(c)** For emergency services and care as defined by s. 395.002(9), Florida Statutes, provided in a facility licensed under Chapter 395, Florida Statutes, rendered by a physician or dentist, and related hospital inpatient services rendered by a physician or dentist, the usual and customary charges in the community.

**(d)** For hospital inpatient services, other than emergency services and care, 200 percent of the Medicare Part A prospective payment applicable to the specific hospital providing the inpatient services.

**(e)** For hospital outpatient services, other than emergency services and care, 200 percent of the Medicare Part A Ambulatory Payment Classification for the specific hospital providing the outpatient services.

**(f)** For all other medical services, supplies, and care, 200 percent of the allowable amount under:

**(i)** The participating physicians fee schedule of Medicare Part B, except as provided in subparagraphs (ii) and (iii).

**(ii)** Medicare Part B, in the case of services, supplies, and care provided by ambulatory surgical centers and clinical laboratories

**(iii)** The Durable Medical Equipment Prosthetics/Orthotics and Supplies fee schedule of Medicare Part B, in the case of durable medical equipment.

However, if such services, supplies, or care is not reimbursable under Medicare Part B, we will limit reimbursement to 80 percent of the maximum reimbursable allowance under workers' compensation, as determined under s. 440.13, Florida Statutes, and rules adopted there under which are in effect at the time such services, supplies, or care is provided. Services, supplies, or care that is not reimbursable under Medicare or workers' compensation will not be reimbursed by us.

For purposes of the above, the applicable fee schedule or payment limitation under Medicare is the fee schedule or payment limitation in effect on March 1 of the year in which the services, supplies, or care is rendered and for the area in which such services, supplies, or care is rendered, and the applicable fee schedule or payment limitation applies throughout the remainder of the year, notwithstanding any subsequent change made to the fee schedule or payment limitation, except that it may not be less than the allowable amount under the applicable schedule of Medicare Part B for 2007 for medical services, supplies, and care subject to Medicare Part B.

 © 2015 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# INTERLINE ENDORSEMENTS

# INTERLINE ENDORSEMENTS

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF COMMON POLICY CONDITIONS – PROHIBITED COVERAGE – UNLICENSED INSURANCE AND TRADE OR ECONOMIC SANCTIONS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following is added to the Common Policy Conditions:

**Prohibited Coverage – Unlicensed Insurance**

**1.** With respect to loss sustained by any insured, or loss to any property, located in a country or jurisdiction in which we are not licensed to provide this insurance, this insurance does not apply to the extent that insuring such loss would violate the laws or regulations of such country or jurisdiction.

**2.** We do not assume responsibility for:

**a.** The payment of any fine, fee, penalty or other charge that may be imposed on any person or organization in any country or jurisdiction because we are not licensed to provide insurance in such country or jurisdiction; or

**b.** The furnishing of certificates or other evidence of insurance in any country or jurisdiction in which we are not licensed to provide insurance.

**Prohibited Coverage – Trade Or Economic Sanctions**

We will provide coverage for any loss, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose us or any of our affiliated or parent companies to:

**1.** Any trade or economic sanction under any law or regulation of the United States of America; or

**2.** Any other applicable trade or economic sanction, prohibition or restriction.

 © 2014 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL BENEFITS

This endorsement modifies insurance provided under the following:

ALL COVERAGES INCLUDED IN THIS POLICY

The following Condition is added to each Common Policy Conditions included in this policy:

**Additional Benefits**

**1.** We may offer or provide, or allow others to provide, you or another insured under this policy with goods and services, access to discounted goods and services, other program benefits or other items of value that could assist your business with managing your risk, with servicing your policy or with staying informed about loss control and mitigation of risk.

**2.** These Additional Benefits may be provided in any form. You or another insured under this policy may be eligible to receive additional benefits. You are under no obligation to pursue any of these Additional Benefits.

**3.** While we may arrange for these Additional Benefits, the other provider is liable to you or the other insured for the provision of the goods and services. We do not warrant the merchantability, fitness or quality of any goods or services provided or assume any additional obligation related to any Additional Benefits provided.

**4.** We have the right to modify or discontinue any Additional Benefits provided by us, or others authorized by us, without notice to you or any other insured.

© 2019 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

**(Broad Form)**

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

 © ISO Properties, Inc., 2007

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2007

# POLICYHOLDER NOTICES

# POLICYHOLDER NOTICES

# IMPORTANT NOTICE – CONTACT INFORMATION – FLORIDA

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOUR SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

Please review your policy carefully. Should you have any questions concerning coverages, billings, additions or deletion, please contact your agent. Should you feel the need for additional information or wish to make a complaint, we offer the following number:

For information or to make a complaint, call:
1-800-328-2189

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE.  THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

# USE OF CREDIT INFORMATION DISCLOSURE

This notice is to inform you that in connection with your Commercial Automobile insurance, Travelers will seek to obtain and use credit information related to your business principal as a routine part of an insurance scoring process.

Credit information is any credit-related information derived from a credit report itself or provided in an application for Commercial Automobile insurance. Insurance score is a number or rating derived from a mathematical formula, computer application, model, or other process based on credit information and used to assist in predicting future insurance loss exposure. The types of factors that go into developing the insurance score are:

- Payment history
- Bankruptcy, foreclosures and collection activity
- Length of credit history
- Amount of outstanding debt in relation to credit limits
- Types of credit in use (i.e. mortgages, installment loans)
- Number of new applications for credit

The information used to develop the insurance score comes from **TransUnion.**

If the business principal who consented to use of their credit in connection with underwriting this insurance has questions concerning their credit information, they may contact the following consumer reporting agency:

**TransUnion Corporation - Consumer Relations:**
**PO Box 1000**
**2 Baldwin Place**
**Chester, PA 19022**
**1-800-888-4213**
**Website: www.transunion.com/direct**

If you need to contact us about this notice, you can do so at:

Travelers Insurance Score Resource Center
SVC
PO BOX 1515
Spokane, WA 99210
1-844-269-0336

If you have general questions about your policy or billing, please call **your agent.**

© 2017 The Travelers Indemnity Company. All rights reserved.

# COMMERCIAL AUTO ROADSIDE ASSISTANCE COVERAGE CARDS

Thank you for choosing Travelers. Roadside Assistance Coverage provides a variety of roadside services conveniently accessed through our authorized service provider.

Below are your Roadside Assistance Cards to keep in each of your vehicles for which you have purchased Roadside Assistance Coverage. Roadside Assistance Coverage will apply to your Private Passenger Type vehicles, Light Trucks (gross vehicle weight of 10,000 lbs or less) and Service/Utility Trailers listed on the enclosed Roadside Assistance Coverage endorsement CA T6 25.

TRAVELERS

**Roadside Assistance**

**Call 1-800-238-6225**

**24 hours a day**

Named Insured
ALL AMERICAN AIR CONDITIONING,

Policy Number
1T568257-BA

TRAVELERS

**Roadside Assistance**

**Call 1-800-238-6225**

**24 hours a day**

Named Insured
ALL AMERICAN AIR CONDITIONING,

Policy Number
1T568257-BA

TRAVELERS

**Roadside Assistance**

**Call 1-800-238-6225**

**24 hours a day**

Named Insured
ALL AMERICAN AIR CONDITIONING,

Policy Number
1T568257-BA

TRAVELERS

**Roadside Assistance**

**Call 1-800-238-6225**

**24 hours a day**

Named Insured
ALL AMERICAN AIR CONDITIONING,

Policy Number
1T568257-BA

TRAVELERS

**Roadside Assistance**

**Call 1-800-238-6225**

**24 hours a day**

Named Insured
ALL AMERICAN AIR CONDITIONING,

Policy Number
1T568257-BA

TRAVELERS

**Roadside Assistance**

**Call 1-800-238-6225**

**24 hours a day**

Named Insured
ALL AMERICAN AIR CONDITIONING,

Policy Number
1T568257-BA

© 2018 The Travelers Indemnity Company. All rights reserved.

TRAVELERS

Roadside Assistance
**Call 1-800-238-6225**
24 hours a day

**Services include:**

- Towing or flatbed transport up to 100 miles;
- Winching;
- Jump start a dead battery;
- Changing a flat tire;
- Key lock-out service;
- Delivery of fuel, oil, water or other vehicle fluids

MYTRAVELERS.COM 

This card is not evidence of insurance coverage.
Roadside is provided by an independent service contractor.

TRAVELERS

Roadside Assistance
**Call 1-800-238-6225**
24 hours a day

**Services include:**

- Towing or flatbed transport up to 100 miles;
- Winching;
- Jump start a dead battery;
- Changing a flat tire;
- Key lock-out service;
- Delivery of fuel, oil, water or other vehicle fluids

MYTRAVELERS.COM 

This card is not evidence of insurance coverage.
Roadside is provided by an independent service contractor.

TRAVELERS

Roadside Assistance
**Call 1-800-238-6225**
24 hours a day

**Services include:**

- Towing or flatbed transport up to 100 miles;
- Winching;
- Jump start a dead battery;
- Changing a flat tire;
- Key lock-out service;
- Delivery of fuel, oil, water or other vehicle fluids

MYTRAVELERS.COM 

This card is not evidence of insurance coverage.
Roadside is provided by an independent service contractor

TRAVELERS

Roadside Assistance
**Call 1-800-238-6225**
24 hours a day

**Services include:**

- Towing or flatbed transport up to 100 miles;
- Winching;
- Jump start a dead battery;
- Changing a flat tire;
- Key lock-out service;
- Delivery of fuel, oil, water or other vehicle fluids

MYTRAVELERS.COM 

This card is not evidence of insurance coverage.
Roadside is provided by an independent service contractor.

TRAVELERS

Roadside Assistance
**Call 1-800-238-6225**
24 hours a day

**Services include:**

- Towing or flatbed transport up to 100 miles;
- Winching;
- Jump start a dead battery;
- Changing a flat tire;
- Key lock-out service;
- Delivery of fuel, oil, water or other vehicle fluids

MYTRAVELERS.COM 

This card is not evidence of insurance coverage.
Roadside is provided by an independent service contractor.

TRAVELERS

Roadside Assistance
**Call 1-800-238-6225**
24 hours a day

**Services include:**

- Towing or flatbed transport up to 100 miles;
- Winching;
- Jump start a dead battery;
- Changing a flat tire;
- Key lock-out service;
- Delivery of fuel, oil, water or other vehicle fluids

MYTRAVELERS.COM 

This card is not evidence of insurance coverage.
Roadside is provided by an independent service contractor.

 © 2018 The Travelers Indemnity Company. All rights reserved.

# FLORIDA – FAILURE TO MAINTAIN INSURANCE NOTICE

# IMPORTANT – PLEASE READ CAREFULLY

Dear Policyholder,

By law we are required to report specific cancellation or termination information to the Department of Highway Safety and Motor Vehicles. Failure to maintain personal injury protection and property damage liability insurance on a motor vehicle when required by law, may result in loss of registration and driving privileges. Reinstatement of your registration and driving privileges will be made upon payment of a non-refundable fee of $150 for the first reinstatement, $250 for the second reinstatement and $500 for each subsequent reinstatement during a three year period.

Please contact your Travelers Agent with any questions you may have.

Thank you for insuring with The Travelers.

COMMERCIAL AUTO

POLICY NUMBER: BA-1T568257-22-42-G

ISSUE DATE: 02-22-22

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 02-22-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

POLICY NUMBER: **BA-1T568257-22-42-G**

COMMERCIAL AUTO
ISSUE DATE: **02-22-22**

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
| --- | --- | --- |
| FLORENCE | DAVID | ☐ |

# IMPORTANT NOTICE – RISK MANAGEMENT PLANS – FLORIDA

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

Florida loss control insurance statutes require insurers to provide commercial policyholders, at their request, with guidelines for risk management plans. Travelers' Risk Control Department has available guidelines to assist you with your accident prevention activities. These guidelines are available to you free of charge.

A risk management plan shall include safety measures for different exposures, including, as applicable, pollution and environmental hazards; disease hazards; accidental occurrences; fire hazards and fire prevention and detection; liability for acts from the course of business; slip and fall hazards; product injury; and hazards unique to a particular class or category of insureds. Training in safety management techniques and safety management counseling services are also available.

If you would like to request assistance with risk management or your safety program, please call our Risk Control Department at 407-388-3307. For access to over 1,600 safety and health resources, including training programs, checklists, management guides, etc. visit our Risk Control Customer Portal at http://www.travelers.com/riskcontrol.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

CUT ALONG DOTTED LINE

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2010 | CHEVROLET EXPRESS G2 | 1GCZGFBA0A1120257 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2010 | CHEVROLET EXPRESS G2 | 1GCZGFBA3A1100083 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2003 | CHEVROLET EXPRESS G3 | 1GBJG31U631137501 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2010 | CHEVROLET EXPRESS G2 | 1GCZGFBA8A1122676 |

**Not valid more than one year from effective date.**

CUT ALONG DOTTED LINE

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

TRAVELERS

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

TRAVELERS

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

TRAVELERS

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

TRAVELERS

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

CUT ALONG DOTTED LINE

**Florida Automobile Insurance Identification Card**
**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2006 | CHEVROLET EXPRESS G2 | 1GCGG25V961264010 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2012 | FORD F150 | 1FTFW1CF1CFC23955 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2010 | CHEVROLET EXPRESS G2 | 1GCZGFBA6A1176705 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
**TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA**

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2008 | FORD ECONOLINE | 1FTNE24W18DA47043 |

**Not valid more than one year from effective date.**

CUT ALONG DOTTED LINE

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

CUT ALONG DOTTED LINE

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2014 | GMC SAVANA | 1GTW7FCA8E1910039 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2013 | FORD ECONOLINE | 1FTNE2EW1DDA54051 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2013 | FORD ECONOLINE | 1FTNE1EW4DDA63269 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2013 | FORD ECONOLINE | 1FTNE1EW4DDA82906 |

**Not valid more than one year from effective date.**

CUT ALONG DOTTED LINE

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

CUT ALONG DOTTED LINE

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2011 | FORD ECONOLINE | 1FTNE2EW9BDA46955 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2007 | CHEVROLET SILVERADO | 1GCEC14X67Z651830 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2014 | GMC SAVANA | 1GTW7FCAXE1905571 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2015 | NISSAN NV | 1N6BF0KY7FN800667 |

**Not valid more than one year from effective date.**

CUT ALONG DOTTED LINE

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**

* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

CUT ALONG DOTTED LINE

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2017 | CHEVROLET EXPRESS G2 | 1GCWGAFF9H1139976 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2017 | CHEVROLET EXPRESS G2 | 1GCWGAFFXH1144524 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2015 | GMC SAVANA | 1GTW7FCF3F1908339 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2014 | CHEVROLET EXPRESS G2 | 1GCWGFCA4E1164494 |

**Not valid more than one year from effective date.**

CUT ALONG DOTTED LINE

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**
**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

CUT ALONG DOTTED LINE

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011

EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY  [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2017 | CHEVROLET EXPRESS G2 | 1GCWGAFF9H1169432 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011

EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY  [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2017 | CHEVROLET EXPRESS G2 | 1GCWGAFF8H1170216 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011

EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY  [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2017 | CHEVROLET EXPRESS G2 | 1GCWGAFF2H1143805 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011

EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY  [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2009 | CHEVROLET SILVERADO | 1GCEC14X69Z191121 |

**Not valid more than one year from effective date.**

CUT ALONG DOTTED LINE

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

CUT ALONG DOTTED LINE

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011

EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2018 | GMC SIERRA | 3GTU2PEJ9JG224693 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011

EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2018 | NISSAN NV | 1N6BF0KY9JN818483 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011

EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2018 | CHEVROLET SILVERADO | 1GCNCNEH3JZ122289 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011

EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2017 | GMC SAVANA | 1GTW7AFFXH1110826 |

**Not valid more than one year from effective date.**

CUT ALONG DOTTED LINE

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

CUT ALONG DOTTED LINE

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2021 | HYUNDAI PALISADE | KM8R54HE4MU201104 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2021 | NISSAN NV | 1N6BF0KY2MN805787 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2020 | NISSAN NV | 1N6BF0KYXLN809732 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2020 | NISSAN NV | 1N6BF0KYXLN810735 |

**Not valid more than one year from effective date.**

CUT ALONG DOTTED LINE

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.



*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

CUT ALONG DOTTED LINE

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA
COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY
NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2021 | NISSAN NV | 1N6BF0KY5MN804472 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA
COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY
NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2020 | CHEVROLET SILVERADO | 3GCUYHEDXLG410793 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA
COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY
NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2020 | NISSAN NV | 1N6BF0KY9LN809155 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA
COMMERCIAL POLICY NUMBER
1T568257-BA – 09011
EFFECTIVE DATE 02-23-22
[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY
NAMED INSURED
ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2021 | NISSAN NV | 1N6BF0KY5MN804469 |

**Not valid more than one year from effective date.**

CUT ALONG DOTTED LINE

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

CUT ALONG DOTTED LINE

**Florida Automobile Insurance Identification Card**

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER

1T568257-BA – 09011

EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED

ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2022 | CADILLAC ESCALADE | 1GYS3GKL4NR163845 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER

1T568257-BA – 09011

EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED

ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2021 | NISSAN NV | 1N6BF0KY6MN804612 |

**Not valid more than one year from effective date.**

**Florida Automobile Insurance Identification Card**

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

COMMERCIAL POLICY NUMBER

1T568257-BA – 09011

EFFECTIVE DATE 02-23-22

[X] PERSONAL INJURY PROTECTION BENEFITS/ PROPERTY DAMAGE LIABILITY [X] BODILY INJURY LIABILITY

NAMED INSURED

ALL AMERICAN AIR CONDITIONING

| YEAR | MAKE/MODEL | VEHICLE ID NUMBER |
|---|---|---|
| 2021 | NISSAN NV | 1N6BF0KY6MN805789 |

**Not valid more than one year from effective date.**

CUT ALONG DOTTED LINE

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

Dear Policyholder,

Here is your insurance identification card which you should keep in your vehicle at all times. One card is enclosed for each vehicle on your policy. Please detach your card(s) and cut along dotted lines. Information contained on the card will be needed for vehicle registration, accident involvement, or any traffic violation. If you obtain a new or replacement vehicle, or need additional cards, please contact your Travelers agent. Thank you for insuring with The Travelers.

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*

**IN CASE OF AN ACCIDENT**
* Call the Travelers immediately.

**1-800-238-6225**

**24 HOUR CLAIM REPORTING SERVICE**
* Be sure to get name and address of each driver, passenger and witness; and insurance company and policy number for each vehicle involved.
* Do not assume responsibility for accident.
* Call police.
* Protect against further damage.
* Request medical assistance, if required.
* Only discuss the accident with police officers or Travelers representatives.

*MISREPRESENTATION OF INSURANCE IS A FIRST DEGREE MISDEMEANOR.*



**YOU ARE ELECTING NOT TO PURCHASE CERTAIN VALUABLE COVERAGE WHICH PROTECTS YOU AND YOUR FAMILY OR YOU ARE PURCHASING UNINSURED MOTORIST LIMITS LESS THAN YOUR BODILY INJURY LIABILITY LIMITS WHEN YOU SIGN THIS FORM. PLEASE READ CAREFULLY.**

# FLORIDA

## UNINSURED MOTORISTS COVERAGE SELECTION/REJECTION FORM AND ANNUAL OPTIONS NOTICE

**IF YOU ARE A NEW CUSTOMER OR APPLICANT**, Florida law requires that automobile liability policies be issued with automatic Uninsured Motorists Coverage at limits equal to the Bodily Injury Liability Coverage (split limits) or Combined Single Limit for Liability Coverage in your policy, unless you select a lower limit offered by the company or reject Uninsured Motorists Coverage entirely. If any named insured on the automobile liability policy is designated as an individual, your automatic Uninsured Motorists Coverage will also be in the form of Stacked* coverage, unless you elect otherwise on this form. For a non-individual named insured operating as a legal entity, your policy will include Non-Stacked Uninsured Motorists Coverage, unless you reject Uninsured Motorists Coverage entirely.

**IF YOU ARE A CURRENT POLICYHOLDER**, the Uninsured Motorists Coverage rejection or limits of your policy, including the Stacked* or Non-Stacked form of coverage, will continue to apply unless you make a different election below. If you change your policy's liability coverage limits for Bodily Injury Liability Coverage (split limits) or Combined Single Limit for Liability Coverage, your Uninsured Motorists Coverage limits will equal the new liability coverage limit(s) and if any named insured on the automobile liability policy is designated as an individual in the policy Declaration(s), your Uninsured Motorists Coverage will also be in the form of Stacked* coverage, unless you elect otherwise on this form. For a non-individual named insured operating as a legal entity, your policy will include Non-Stacked Uninsured Motorists Coverage, unless you reject Uninsured Motorists Coverage entirely.

Florida law requires that we provide you notice of your Uninsured Motorists Coverage options at least annually. Uninsured Motorists Coverage provides for payment of certain benefits for damages caused by owners or operators of uninsured motor vehicles because of bodily injury or death resulting therefrom. Such benefits may include payments for certain medical expenses, lost wages, and pain and suffering, subject to limitations and conditions contained in the policy. For the purpose of this coverage, an uninsured motor vehicle may include a motor vehicle as to which the bodily injury limits are less than your damages.

Non-Stacked is a limited type of Uninsured Motorists Coverage. Subject to the provisions of the policy, if injury occurs in a covered vehicle owned or leased by you (or any family member who resides with you), under the Non-Stacked type of coverage only the limits of coverage (if any) which apply to that vehicle are available under this policy. If an injury occurs while occupying someone else's vehicle, or you are struck as a pedestrian, you are entitled to select the highest limits of Uninsured Motorists Coverage available on any one vehicle for which you are a named insured, insured family member, or insured resident of the named insured's household. This policy will not apply if you select the coverage available under any other policy issued to you or the policy of any other family member who resides with you. For a named insured designated as an individual, Non-Stacked Uninsured Motorists Coverage is available at a reduced rate when compared to the Stacked* form of coverage. For a non-individual named insured operating as a legal entity, your policy will include Non-Stacked Uninsured Motorists Coverage, unless you reject Uninsured Motorists Coverage entirely.

If you do not elect to purchase the Non-Stacked form or you do not reject Uninsured Motorists Coverage entirely, and a named insured on the automobile liability policy is designated as an individual, your Uninsured Motorists Coverage limit(s) for each motor vehicle are added together (Stacked*) for all covered injuries. Thus, your policy limits would automatically change during the policy term if you increase or decrease the number of autos covered under the policy.

***Stacking of Uninsured Motorists Coverage is not available to a non-individual named insured operating as a legal entity.**

**Please mark your coverage selection/rejection or changes below, sign and return this form.**

☐ I hereby **reject Uninsured Motorists Coverage, Stacked* and Non-Stacked**, on behalf of myself and all insureds under my policy.

☐ I hereby **select Non-Stacked Uninsured Motorists Coverage** at the same limits as my policy's Bodily Injury Liability Coverage (split limits) or my Combined Single Limit for Liability Coverage.

☐ I hereby **select Non-Stacked Uninsured Motorists Coverage** at limits **lower** than my policy's Bodily Injury Liability Coverage (split limits) or my Combined Single Limit for Liability Coverage. *(Specify limits)*

- ☐ $20,000 each accident
- ☐ $50,000 each accident
- ☐ $100,000 each accident
- ☐ $250,000 each accident
- ☐ $300,000 each accident
- ☐ $350,000 each accident
- ☐ $500,000 each accident
- ☐ $750,000 each accident
- ☐ $1,000,000 each accident
- ☐ ____________________ Fill-in for other available limits. Please contact your agent or broker for available options.)

☐ I hereby **select Stacked* Uninsured Motorists Coverage** at the same limits as my policy's Bodily Injury Liability Coverage (split limits) or my Combined Single Limit for Liability Coverage. *[Note: If you select this option, then please disregard the capitalized statement in bold at the beginning of this form.]*

☐ I hereby **select Stacked* Uninsured Motorists Coverage** at limits **lower** than my policy's Bodily Injury Liability Coverage (split limits) or my Combined Single Limit for Liability Coverage. (Specify limits)

- ☐ $20,000 each accident
- ☐ $50,000 each accident
- ☐ $100,000 each accident
- ☐ $250,000 each accident
- ☐ $300,000 each accident
- ☐ $350,000 each accident
- ☐ $500,000 each accident
- ☐ $750,000 each accident
- ☐ $1,000,000 each accident
- ☐ ____________________ Fill-in for other available limits. Please contact your agent or broker for available options.)

I understand and agree that selection of any of the above options applies to my automobile liability insurance policy and future renewals or replacements of such policy which are issued at the same liability limits for Bodily Injury Liability or Combined Single Limit for Liability Coverage, and if I decide to select another option at some future time, I must let the Company or my agent know IN WRITING.

| SIGNATURE OF NAMED INSURED | DATE |
| --- | --- |
| | |

NAME ALL AMERICAN AIR CONDITIONING, INC.

***Stacking of Uninsured Motorists Coverage is not available to a non-individual named insured operating as a legal entity.**



# PERSONAL INJURY PROTECTION

# FLORIDA

## New and Renewal Policies

*(To be completed and signed by Named Insured)*

NAME: ALL AMERICAN AIR CONDITIONING, INC.

ADDRESS: 1010 STATE ROAD 312
ST AUGUSTINE FL 32080

## PERSONAL INJURY PROTECTION (NO-FAULT) COVERAGE

Pursuant to Florida law, every owner or registrant of a motor vehicle required to be registered and licensed in Florida, shall maintain Personal Injury Protection (PIP). This is often referred to as no-fault coverage.

Basic PIP coverage provides for 80% of covered medical expenses and 60% of covered work loss expenses. It also covers replacement services expenses and death benefits. The total aggregate limit for all PIP benefits is $10,000 per person. Refer to your policy for the prevailing coverage provisions.

If you are an individual named insured, you may elect a deductible and to exclude coverage for loss of gross income and loss of earning capacity ("lost wages" or "work loss"). These elections apply to the named insured alone or to the named insured and all dependent resident relatives. A premium reduction will result from these elections. The named insured is hereby advised not to elect the lost wage exclusion if the named insured or dependent resident relatives are employed, since that would preclude the payment of lost wages in the event of an accident.

No deductible or exclusion of work loss benefits will apply, unless you make an election below. However, if *this is a* ***renewal*** *policy, the limits and options elected for the PIP coverage of your expiring policy will apply for the renewal policy* *unless* *you make a different election below.*

**OPTION I.** **DEDUCTIBLE** – If you are an individual named insured, check the applicable box below.

☐ I do not want a deductible to apply to my policy's Personal Injury Protection coverage.

| Deductible Amount | Named Insured Only | Named Insured and All Dependent Resident Relatives |
|---|---|---|
| $250 | ☐ | ☐ |
| $500 | ☐ | ☐ |
| $1000 | ☐ | ☐ |

**OPTION II.** **EXCLUSION OF WORK LOSS BENEFITS** – If you are an individual Named Insured and want to exclude work loss benefits, check the applicable box below.

☐ Exclude Work Loss benefits for the Named Insured and All Dependent Resident Relatives.

☐ Exclude Work Loss benefits only for Named Insured.

I understand that the deductible and/or benefit election indicated above shall apply on the policy or policies in effect at the time this form is executed and all future renewal policies until I notify the Company IN WRITING of any changes.

My signature below, and/or payment of any premium, evidences my actual knowledge and understanding of the availability of these options as well as the options I have elected.

| SIGNATURE OF NAMED INSURED | DATE |
|---|---|
| | |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 05-19-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 05-18-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

**POLICY NUMBER:** BA-1T568257-22-42-G
**EFFECTIVE DATE:** 02/23/2022
**ISSUE DATE:** 05/19/2022

# LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 05-19-22

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 05-19-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |

CHANGE EFFECTIVE DATE: 06-02-22

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 06-03-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 06-02-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

**POLICY NUMBER:** BA-1T568257-22-42-G
**EFFECTIVE DATE:** 02/23/2022
**ISSUE DATE:** 06/03/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



# COMMERCIAL AUTOMOBILE

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 06-03-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

COMMERCIAL AUTO

POLICY NUMBER: **BA-1T568257-22-42-G**

ISSUE DATE: **06-03-22**

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 06-14-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 06-10-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

**POLICY NUMBER:** BA-1T568257-22-42-G

**EFFECTIVE DATE:** 02/23/2022

**ISSUE DATE:** 06/14/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 06-14-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 06-21-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 06-20-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

**POLICY NUMBER:** BA-1T568257-22-42-G

**EFFECTIVE DATE:** 02/23/2022

**ISSUE DATE:** 06/21/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 06-21-22

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 06-21-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

COMMERCIAL AUTO

POLICY NUMBER: BA-1T568257-22-42-G

ISSUE DATE: 06-21-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 07-06-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 06-30-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED.

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

**POLICY NUMBER:** BA-1T568257-22-42-G

**EFFECTIVE DATE:** 02/23/2022

**ISSUE DATE:** 07/06/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 07-06-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

COMMERCIAL AUTO

POLICY NUMBER: BA-1T568257-22-42-G

ISSUE DATE: 07-06-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |
| LEE FERGUSON | STEVEN | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 07-12-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 07-11-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

**POLICY NUMBER:** BA-1T568257-22-42-G
**EFFECTIVE DATE:** 02/23/2022
**ISSUE DATE:** 07/12/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 07-12-22

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 07-12-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

COMMERCIAL AUTO
POLICY NUMBER: BA-1T568257-22-42-G ISSUE DATE: 07-12-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |
| LEE FERGUSON | STEVEN | ☐ |
| FELICIANO | MICHAEL | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 07-19-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 07-18-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

**POLICY NUMBER:** BA-1T568257-22-42-G
**EFFECTIVE DATE:** 02/23/2022
**ISSUE DATE:** 07/19/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |
| LEE FERGUSON | STEVEN | ☐ |
| FELICIANO | MICHAEL | ☐ |
| ANDERSON | KIMBERLY | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 07-21-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 07-07-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

POLICY NUMBER: BA-1T568257-22-42-G

EFFECTIVE DATE: 02/23/2022

ISSUE DATE: 07/21/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

COMMERCIAL AUTO

POLICY NUMBER: BA-1T568257-22-42-G

ISSUE DATE: 07-21-22

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 07-21-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |
| LEE FERGUSON | STEVEN | ☐ |
| MCKENNA JR | MARK | ☐ |
| BLAZEJ | BENJAMIN | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 07-21-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 07-11-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

**POLICY NUMBER:** BA-1T568257-22-42-G

**EFFECTIVE DATE:** 02/23/2022

**ISSUE DATE:** 07/21/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 07-21-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

COMMERCIAL AUTO

POLICY NUMBER: BA-1T568257-22-42-G

ISSUE DATE: 07-21-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |
| LEE FERGUSON | STEVEN | ☐ |
| FELICIANO | MICHAEL | ☐ |
| MCKENNA JR | MARK | ☐ |
| BLAZEJ | BENJAMIN | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 07-21-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 07-18-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

POLICY NUMBER: BA-1T568257-22-42-G
EFFECTIVE DATE: 02/23/2022
ISSUE DATE: 07/21/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |
| LEE FERGUSON | STEVEN | ☐ |
| FELICIANO | MICHAEL | ☐ |
| ANDERSON | KIMBERLY | ☐ |
| MCKENNA JR | MARK | ☐ |
| BLAZEJ | BENJAMIN | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 07-27-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 07-27-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

**POLICY NUMBER:** BA-1T568257-22-42-G

**EFFECTIVE DATE:** 02/23/2022

**ISSUE DATE:** 07/27/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 07-27-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

COMMERCIAL AUTO

POLICY NUMBER: BA-1T568257-22-42-G

ISSUE DATE: 07-27-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |
| LEE FERGUSON | STEVEN | ☐ |
| FELICIANO | MICHAEL | ☐ |
| ANDERSON | KIMBERLY | ☐ |
| MCKENNA JR | MARK | ☐ |
| BLAZEJ | BENJAMIN | ☐ |
| GROVES | CAMERON | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 09-13-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 09-07-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

**POLICY NUMBER:** BA-1T568257-22-42-G

**EFFECTIVE DATE:** 02/23/2022

**ISSUE DATE:** 09/13/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 09-13-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

COMMERCIAL AUTO

POLICY NUMBER: BA-1T568257-22-42-G ISSUE DATE: 09-13-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |
| LEE FERGUSON | STEVEN | ☐ |
| FELICIANO | MICHAEL | ☐ |
| ANDERSON | KIMBERLY | ☐ |
| MCKENNA JR | MARK | ☐ |
| BLAZEJ | BENJAMIN | ☐ |
| GROVES | CAMERON | ☐ |
| MACK | ANDRE | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 10-12-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 10-11-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

POLICY NUMBER: BA-1T568257-22-42-G
EFFECTIVE DATE: 02/23/2022
ISSUE DATE: 10/12/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |
| LEE FERGUSON | STEVEN | ☐ |
| FELICIANO | MICHAEL | ☐ |
| ANDERSON | KIMBERLY | ☐ |
| MCKENNA JR | MARK | ☐ |
| BLAZEJ | BENJAMIN | ☐ |
| GROVES | CAMERON | ☐ |
| MACK | ANDRE | ☐ |
| CRAWFORD | LINDA | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 06-29-22
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 06-29-22 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED.

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

**POLICY NUMBER:** BA-1T568257-22-42-G
**EFFECTIVE DATE:** 02/23/2022
**ISSUE DATE:** 06/29/2022

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



# COMMERCIAL AUTOMOBILE

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 06-29-22

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 06-29-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

COMMERCIAL AUTO

POLICY NUMBER: BA-1T568257-22-42-G

ISSUE DATE: 06-29-22

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |

TRAVELERS

TRAVELERS
DBS - 247 1T568257 BA 220223
P.O. BOX 2961
HARTFORD, CT 06104-2961

# Notice of Cancellation

**Account** 7055A2201

247

ALL AMERICAN AIR CONDITIONING
1010 STATE ROAD 312
ST AUGUSTINE FL 32080

**YOUR INSURANCE POLICY IS SUBJECT TO CANCELLATION. PLEASE SEE REVERSE SIDE FOR NOTICE OF CANCELLATION.**

TRAVELERS

Business Auto Pol

# NOTICE OF CANCELLATION FOR NON-PAYMENT OF PREMIUM

POLICY NO. 1T568257 BA
Issue Date 05/03/22
ACCOUNT 7055A2201
Page 2 of 4

Insuring Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Named Insured and Mailing Address: ALL AMERICAN AIR CONDITIONING, 1010 STATE ROAD 312, ST AUGUSTINE FL 32080

Agent THOMPSONBAKER AGCY INC

Please contact your agent if you have any questions.
PHONE: (904) 824-1631

**EFFECTIVE DATE OF CANCELLATION: MAY 23, 2022**

We are pleased to have you as a customer and would like to continue to provide your insurance. Unfortunately, we have not received the premium payment due on this policy. Therefore, your policy shown on this notice will be cancelled on the effective date of cancellation shown above, at the time the policy became effective. We will refund any premium due you. We regret having to take this action, and will be pleased to rescind the cancellation if we receive the minimum due on/before the effective date of cancellation. In that event, we will send you a notice of reinstatement continuing your coverage.

## Premium Information

POLICY NUMBER 1T568257 BA — POLICY PERIOD 02/23/22 To 02/23/23

| | |
|---|---|
| Previous balance | $140,721.40 |
| Installment charge | +3.00 |
| Late Payment Charge | +10.00 |

Pay Either Amount By:

| | |
|---|---|
| MINIMUM DUE | $35,195.60 |
| TOTAL DUE | $140,734.40 |
| DUE DATE | MAY 23, 2022 |

The MINIMUM DUE shown above includes:

$17,589.80 that was due on 04/23/22;
$17,589.80 that is due on 05/23/22;
$3.00 for PAST DUE installment charges;
$3.00 for current installment charge;
$10.00 for late payment charge.

*Please detach the return stub and mail with your payment in the enclosed envelope to:*
TRAVELERS CL REMITTANCE CENTER, PO BOX 660317, DALLAS, TX 75266-0317.

648844J 2022123 0240 247 090150

## Payment Coupon

*Make checks payable to:* TRAVELERS

THOMPSONBAKER AGCY INC
ALL AMERICAN AIR CONDITIONING
7055A2201 1T568257 BA

Include Account Number on the check.

Change of Address? Place an "X" here. Print changes on reverse side.

| | |
|---|---|
| TOTAL BALANCE | $140,734.40 |
| MINIMUM DUE | $35,195.60 |
| AMOUNT ENCLOSED | |

PAYMENT MUST BE RECEIVED BY MAY 23, 2022

TRAVELERS CL REMITTANCE CENTER
PO BOX 660317
DALLAS, TX 75266-0317

C

99373035350132323031403939392900351956001407344030

TRAVELERS

## Notice of Cancellation

Account 7055A2201

The policy number shown above consists of your CL policy number and policy form. For the complete policy number refer to your policy paper.

This bill is rendered by The Travelers affiliated company indicated on the policy shown on this notice.

If the motor vehicle insurance policy being cancelled provides personal injury protection benefits and property damage liability insurance, Florida law requires that we report such action to the Department of Highway Safety and Motor Vehicles within 45 days from the effective date of the cancellation.

Failure to maintain personal injury protection and property damage liability insurance on a motor vehicle when required by law may result in the loss of your motor vehicle registration and driving privileges in this state. Should your registration and driving privileges be suspended, the following fee will be charged for the reinstatement of your motor vehicle registration and/or driver's license (if both your registration and license are suspended, only one reinstatement fee shall be charged to reinstate the registration and license):

* $150 - first reinstatement
* $250 - second reinstatement
* $500 - each subsequent reinstatement during 3 years following the first reinstatement

If you do not have a second reinstatement within 3 years after the initial reinstatement, the reinstatement fee will be $150 for the first reinstatement after that 3 year period.

A late charge has been assessed on your account because we have not received your previous minimum due. This account level charge is listed on this notice. An account level bill or other notice(s) may also be mailed to you today.

If you are paying with a check from a Personal Checking Account, you authorize us to either use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check. If you are paying with a check from a Business Checking account, we will process the payment as a check.



## Notice of Cancellation

**Account** 7055A2201

*************************************** QUESTIONS? ***************************************

If you have any questions about this statement, please contact your Agent, Travelers Billing Customer Service or the Travelers on-line Telephone Inquiry Service. To reach the Travelers Billing Customer Service or the Telephone Inquiry dial 1-800-252-2268 and follow the instructions.
Your 9 character billing account number is: --- 7055A2201.

You must pay at least the minimum due or up to the total balance due. If at any time you pay us more than the minimum due, and it covers your future installments, you will not receive a bill or be charged an installment charge. If you pay by installments, a charge will be added to each installment bill. The installment charge is calculated at a rate of of interest not to exceed 18 percent simple interest per year on the unpaid balance. The charge per installment will not be more than $3.00. If your payment is not received by the due date WE HAVE THE RIGHT, WITHOUT ADVANCE NOTICE TO YOU, TO TERMINATE YOUR OPTION TO PAY IN INSTALLMENTS AND TO REQUIRE FULL PAYMENT OF THE OUTSTANDING BALANCE ON YOUR POLICY. WE ALSO HAVE THE RIGHT TO ASSESS A LATE FEE OF $10.00.

TRAVELERS

THOMPSONBAKER AGCY INC
PO DRAWER 3807
ST AUGUSTINE FL 32085-3807

Date of this Notice 05/23/22
Account No. 7055A2201

ALL AMERICAN AIR CONDITIONING
1010 STATE ROAD 312
ST AUGUSTINE FL 32080

Please contact your agent with any questions, future policy changes and all address changes.

THOMPSONBAKER AGCY INC
(904) 824-1631

**Insuring Company:** TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

# REINSTATEMENT NOTICE

We are pleased to tell you that your policy has been reinstated.

| POLICYHOLDER | POLICY IDENTIFICATION NUMBER |
|---|---|
| ALL AMERICAN AIR CONDITIONING | 1T568257 BA |
| **TYPE OF INSURANCE** | **POLICY PERIOD** |
| Business Auto Pol | 02/23/22 To 02/23/23 |

Receipt of funds dishonored upon presentment is not a valid means of reinstatement. Reinstatement will only occur when all conditions have been met. If these conditions have not been met the reinstatement will be null and void.

We understand that circumstances will occasionally cause a payment to arrive late, but please be aware that if future payments don't reach us on time, WE MAY REQUIRE FULL PAYMENT OF THE OUTSTANDING BALANCE ON YOUR POLICY. Please contact your Travelers representative if you have any questions concerning this notice. Thank you for your business.

648826R 2022143 0254 247 090150

TRAVELERS

TRAVELERS
DBS - 247 1T568257 BA 220223
P.O. BOX 2961
HARTFORD, CT 06104-2961

# Notice of Cancellation

**Account** 7055A2201

247

ALL AMERICAN AIR CONDITIONING
1010 STATE ROAD 312
ST AUGUSTINE FL 32080

**YOUR INSURANCE POLICY IS SUBJECT TO CANCELLATION. PLEASE SEE REVERSE SIDE FOR NOTICE OF CANCELLATION.**

TRAVELERS

Business Auto Pol

## NOTICE OF CANCELLATION FOR NON-PAYMENT OF PREMIUM

POLICY NO. 1T568257 BA
Issue Date 07/05/22
ACCOUNT 7055A2201

Insuring Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Named Insured and Mailing Address
ALL AMERICAN AIR CONDITIONING
1010 STATE ROAD 312
ST AUGUSTINE FL 32080

Agent THOMPSONBAKER AGCY INC

Please contact your agent if you have any questions.
PHONE: (904) 824-1631

**EFFECTIVE DATE OF CANCELLATION: JULY 25, 2022**

We are pleased to have you as a customer and would like to continue to provide your insurance. Unfortunately, we have not received the premium payment due on this policy. Therefore, your policy shown on this notice will be cancelled on the effective date of cancellation shown above, at the time the policy became effective. We will refund any premium due you. We regret having to take this action, and will be pleased to rescind the cancellation if we receive the minimum due on/before the effective date of cancellation. In that event, we will send you a notice of reinstatement continuing your coverage.

### Premium Information

POLICY NUMBER 1T568257 BA — POLICY PERIOD 02/23/22 To 02/23/23

| | |
|---|---|
| Previous balance | $105,538.80 |
| Installment charge | +6.00 |
| Late Payment Charge | +10.00 |

| Pay Either Amount By | |
|---|---|
| MINIMUM DUE | $105,554.80 |
| TOTAL DUE | $105,554.80 |
| DUE DATE | JULY 25, 2022 |

The policy number shown above consists of your CL policy number and policy form. For the complete policy number refer to your policy paper.

This bill is rendered by The Travelers affiliated company indicated on the policy shown on this notice.

This is your second cancellation notice for non-payment of past due premium. Therefore, we require full payment of the outstanding balance by the due date to reinstate coverage.

*Please detach the return stub and mail with your payment in the enclosed envelope to:*
TRAVELERS CL REMITTANCE CENTER, PO BOX 660317, DALLAS, TX 75266-0317.

648844J 2022186 0283 247 090150

## Payment Coupon

*Make checks payable to:* TRAVELERS

THOMPSONBAKER AGCY INC
ALL AMERICAN AIR CONDITIONING

7055A2201 1T568257 BA

Include Account Number on the check.

Change of Address? Place an "X" here. Print changes on reverse side.

PAYMENT MUST BE RECEIVED BY JULY 25, 2022

| TOTAL BALANCE | $105,554.80 |
|---|---|
| MINIMUM DUE | $105,554.80 |
| AMOUNT ENCLOSED | |

TRAVELERS CL REMITTANCE CENTER
PO BOX 660317
DALLAS, TX 75266-0317

C

99373035350132323031403939392901055548001055548098



# Notice of Cancellation

Account 7055A2201

If the motor vehicle insurance policy being cancelled provides personal injury protection benefits and property damage liability insurance, Florida law requires that we report such action to the Department of Highway Safety and Motor Vehicles within 45 days from the effective date of the cancellation.

Failure to maintain personal injury protection and property damage liability insurance on a motor vehicle when required by law may result in the loss of your motor vehicle registration and driving privileges in this state. Should your registration and driving privileges be suspended, the following fee will be charged for the reinstatement of your motor vehicle registration and/or driver's license (if both your registration and license are suspended, only one reinstatement fee shall be charged to reinstate the registration and license):

* $150 - first reinstatement
* $250 - second reinstatement
* $500 - each subsequent reinstatement during 3 years following the first reinstatement

If you do not have a second reinstatement within 3 years after the initial reinstatement, the reinstatement fee will be $150 for the first reinstatement after that 3 year period.

A late charge has been assessed on your account because we have not received your previous minimum due. This account level charge is listed on this notice. An account level bill or other notice(s) may also be mailed to you today.

If you are paying with a check from a Personal Checking Account, you authorize us to either use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check. If you are paying with a check from a Business Checking account, we will process the payment as a check.

*************************************** QUESTIONS? ****************************************

If you have any questions about this statement, please contact your Agent, Travelers Billing Customer Service or the Travelers on-line Telephone Inquiry Service. To reach the Travelers Billing Customer Service or the Telephone Inquiry dial 1-800-252-2268 and follow the instructions.
Your 9 character billing account number is: --- 7055A2201.



# Notice of Cancellation

Account 7055A2201

You must pay at least the minimum due or up to the total balance due. If at any time you pay us more than the minimum due, and it covers your future installments, you will not receive a bill or be charged an installment charge. If you pay by installments, a charge will be added to each installment bill. The installment charge is calculated at a rate of of interest not to exceed 18 percent simple interest per year on the unpaid balance. The charge per installment will not be more than $3.00. If your payment is not received by the due date WE HAVE THE RIGHT, WITHOUT ADVANCE NOTICE TO YOU, TO TERMINATE YOUR OPTION TO PAY IN INSTALLMENTS AND TO REQUIRE FULL PAYMENT OF THE OUTSTANDING BALANCE ON YOUR POLICY. WE ALSO HAVE THE RIGHT TO ASSESS A LATE FEE OF $10.00.

TRAVELERS

THOMPSONBAKER AGCY INC
PO DRAWER 3807
ST AUGUSTINE FL 32085-3807

Date of this Notice 07/27/22
Account No. 7055A2201

ALL AMERICAN AIR CONDITIONING
1010 STATE ROAD 312
ST AUGUSTINE FL 32080

Please contact your agent with any questions, future policy changes and all address changes.

THOMPSONBAKER AGCY INC
(904) 824-1631

**Insuring Company:** TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

# REINSTATEMENT NOTICE

We are pleased to tell you that your policy has been reinstated.

| POLICYHOLDER | POLICY IDENTIFICATION NUMBER |
|---|---|
| ALL AMERICAN AIR CONDITIONING | 1T568257 BA |
| **TYPE OF INSURANCE** | **POLICY PERIOD** |
| Business Auto Pol | 02/23/22 To 02/23/23 |

Receipt of funds dishonored upon presentment is not a valid means of reinstatement. Reinstatement will only occur when all conditions have been met. If these conditions have not been met the reinstatement will be null and void.

We understand that circumstances will occasionally cause a payment to arrive late, but please be aware that if future payments don't reach us on time, WE MAY REQUIRE FULL PAYMENT OF THE OUTSTANDING BALANCE ON YOUR POLICY. Please contact your Travelers representative if you have any questions concerning this notice. Thank you for your business.

648826R 2022208 0299 247 090150



DOCUMENT MANAGEMENT
300 WINDSOR STREET
HARTFORD, CT 06120

11/02/2022

ALL AMERICAN AIR CONDITIONING, INC.
1010 STATE ROAD 312
ST AUGUSTINE FL 32080-6537

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Policy Number: BA 1T568257 Policy Expiration Date: 02-23-2023

## NOTICE OF IMPORTANT COVERAGE CHANGES –

## BUSINESS AUTO COVERAGE FORM – CA 00 01 03 10 to CA 00 01 10 13
## MOTOR CARRIER COVERAGE FORM – CA 00 20 03 10 to CA 00 20 10 13

**THIS IS NOT AN OFFER TO RENEW YOUR POLICY. THIS NOTICE IS INTENDED TO MAKE YOU AWARE OF CERTAIN COVERAGE CHANGES TO YOUR POLICY IF WE RENEW IT. YOUR STATE INSURANCE DEPARTMENT MAY ALSO REQUIRE US TO NOTIFY YOU OF OTHER CHANGES IF WE RENEW IT.**

**SHOULD WE RENEW YOUR POLICY, IT WILL INCLUDE COVERAGE CHANGES FROM YOUR PREVIOUS POLICY. THE IMPORTANT COVERAGE CHANGES ARE IDENTIFIED IN THIS NOTICE. PLEASE READ THIS NOTICE CAREFULLY.**

**WE ALSO MAY HAVE MADE CERTAIN WORDING AND FORMATTING CHANGES FOR THE PURPOSE OF CLARIFICATION OR IMPROVED READABILITY. THIS NOTICE DOES NOT NECESSARILY IDENTIFY ANY OR EVERY CLARIFICATION OR EDITORIAL CHANGE MADE.**

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. IF WE RENEW YOUR POLICY, YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

© 2021 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## BUSINESS AUTO COVERAGE FORM/ MOTOR CARRIER COVERAGE FORM

Your policy will contain only one of the following coverage forms. The Business Auto Coverage Form CA 00 01 03 10 has been replaced with a new edition of that form, Business Auto Coverage Form CA 00 01 10 13. The Motor Carrier Coverage Form CA 00 20 01 03 has been replaced with a new edition of that form, Motor Carrier Coverage Form CA 00 20 10 13.

**The following changes clarify coverage:**

**Revision To "Liability Coverage" Form References**

References to "Liability Coverage" that pertain to auto liability in the Business Auto Coverage Form and Motor Carrier Coverage Form are replaced with "Covered Autos Liability Coverage" to distinguish such coverage from the other types of liability coverages that may be included in your policy.

**Revisions To Physical Damage Coverage**

The Limits Of Insurance provision under Physical Damage Coverage is clarified to reflect that "loss" rather than "accident" triggers coverage under this section.

## OPTIONAL ENDORSEMENTS TO THE BUSINESS AUTO COVERAGE FORM / MOTOR CARRIER COVERAGE FORM

The endorsements identified below are optional and may or may not be part of your policy. There also may be state specific versions of these endorsements that contain the same changes. You should review your entire policy carefully to determine if any endorsement identified below is included in your policy.

**The following changes broaden coverage:**

**NEW OPTIONAL ENDORSEMENTS**

**CA 23 30 – Motor Carrier Endorsement**

In general, this endorsement may be used to convert the Business Auto Coverage Form into a Motor Carrier Coverage Form for autos used in your operations as a motor carrier.

**EXISTING OPTIONAL ENDORSEMENTS**

**CA 20 54 – Employee Hired Autos**

This endorsement is revised to clarify that any employee of yours is an insured while operating a rental or hired vehicle taken out in another employee's name for the purposes of performing duties related to the conduct of your business and with your permission.

**CA 20 55 – Fellow Employee Coverage**

This endorsement replaces CA T3 52 Changes In Policy – Fellow Employee Coverage. The new endorsement does not include a Schedule to designate employees, nor include an other insurance provision.

**CA 99 16 – Hired Autos Specified As Covered Auto You Own**

This endorsement has been revised to remove the wording which limits coverage with respect to the lessor solely to liability arising out of the acts or omissions of the lessee or anyone else acting on the lessee's behalf.

**CA 99 37 – Garagekeepers Coverage**

Spouses of partners, managers of limited liability companies and executive officers are included as insureds with respect to the conduct of your garage operations.

**CA 99 60 – Audio, Visual And Data Electronic Equipment Coverage Added Limits**

This endorsement has been revised to instruct that the electronic equipment sublimit is in addition to the each "accident" limit shown in the Schedule. The $250 deductible is also removed from the Schedule of **CA 99 60,** as the Physical Damage Coverage deductible that applies to each covered auto, if any, will now apply to losses to such equipment.

**CA T3 75 02 15 – Customer's Personal Property**

The limit has been changed from $1000 to $2,500 for "loss" of customer's personal property which is in or on a "customer's auto" left in the "insured's" care which the "insured" is attending, servicing, repairing, parking or storing in your "garage operations".

© 2021 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**The following changes clarify coverage:**

**EXISTING OPTIONAL ENDORSEMENTS**

Every endorsement that is part of your policy has been revised, where appropriate, to:

**A.** Add reference to "Auto Dealer Coverage Form" and delete references to the "Business Auto Physical Damage Coverage Form", "Garage Coverage Form" and/or "Truckers Coverage Form" in the list of the coverage forms that the endorsement modifies; or

**B.** Replace references to "Liability Coverage" with respect to auto liability with "Covered Autos Liability Coverage" to distinguish such coverage from the other types of liability coverages included in your policy.

**CA 23 97 – Amphibious Vehicles**

This endorsement, in general, is revised to clarify that insurance is not applicable to amphibious vehicles while being launched into, used in or beached from the water. This includes coverages such as liability and physical damage coverages.

**CA 23 98 – Trailer Interchange Coverage**

The Supplementary Payments provision is revised to clarify that it applies to court costs taxed against the insured that do not include the attorneys' fees or expenses taxed against the insured.

A definition of the term "trailer" is added to clarify that such term includes a semitrailer, container or a dolly used to convert a semitrailer into a trailer.

**CA 99 28 – Stated Amount Insurance**

Limits of insurance "loss" in any one "accident" has been revised to state any one covered "auto".

**CA 99 61 – Loss Payable Clause – Audio, Visual And Data Electronic Equipment Coverage Added Limits**

Various provisions and schedules applicable to physical damage coverage have been clarified to reflect that "loss" rather than "accident" triggers coverage under this section.

**CA T3 68 02 15 – Hired Car – Limited Worldwide Coverage – Indemnity Basis**

This endorsement now includes wording to further clarify the intent as respects insurance required outside of the U.S.A.

**The following changes reduce coverage:**

**CA T4 06 02 15 – Deductible Endorsement**

The physical damage deductible now applies to all "loss" including any "loss" caused by fire or lightning.

**WITHDRAWN ENDORSEMENTS**

The endorsements identified below were optional and may or may not have been part of your policy.

**CA T9 61 04 96 – Connecticut Basic Reparations Benefits**

**CA T9 62 04 96 – Connecticut Added Reparations Benefits Endorsement**

**CA T9 63 04 96 – Connecticut – Named Individuals – Broadened Basic Reparations Benefits**

These endorsements are no longer available.

If you have any questions about your insurance program, please contact your agent or local Company representative.

cc: THOMPSONBAKER AGCY INC 90150
PO DRAWER 3807
ST AUGUSTINE FL 32085-3807

© 2021 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

TRAVELERS

TRAVELERS
DBS - 247 1T568257 BA 220223
P.O. BOX 2961
HARTFORD, CT 06104-2961

# Notice of Cancellation

Account 7055A2201

247

ALL AMERICAN AIR CONDITIONING
1010 STATE ROAD 312
ST AUGUSTINE FL 32080

**YOUR INSURANCE POLICY IS SUBJECT TO CANCELLATION. PLEASE SEE REVERSE SIDE FOR NOTICE OF CANCELLATION.**

TRAVELERS

Business Auto Pol

# NOTICE OF CANCELLATION FOR NON-PAYMENT OF PREMIUM

POLICY NO. 1T568257 BA
Issue Date 12/05/22
ACCOUNT 7055A2201

Insuring Company: TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Named Insured and Mailing Address: ALL AMERICAN AIR CONDITIONING
1010 STATE ROAD 312
ST AUGUSTINE FL 32080

Agent THOMPSONBAKER AGCY INC

Please contact your agent if you have any questions.
PHONE: (904) 824-1631

## EFFECTIVE DATE OF CANCELLATION: DECEMBER 25, 2022

We are pleased to have you as a customer and would like to continue to provide your insurance. Unfortunately, we have not received the premium payment due on this policy. Therefore, your policy shown on this notice will be cancelled on the effective date of cancellation shown above, at the time the policy became effective. We will refund any premium due you. We regret having to take this action, and will be pleased to rescind the cancellation if we receive the minimum due on/before the effective date of cancellation. In that event, we will send you a notice of reinstatement continuing your coverage.

### Premium Information

POLICY NUMBER 1T568257 BA — POLICY PERIOD 02/23/22 To 02/23/23

| | | | |
|---|---|---|---|
| Previous balance | $52,769.40 | Pay | MINIMUM DUE $52,788.40 |
| Late Payment Charge | +10.00 | Either | |
| | | Amount | TOTAL DUE $52,788.40 |
| | | By | DUE DATE DECEMBER 25, 2022 |

The policy number shown above consists of your CL policy number and policy form. For the complete policy number refer to your policy paper.

This bill is rendered by The Travelers affiliated company indicated on the policy shown on this notice.

This is your second cancellation notice for non-payment of past due premium. Therefore, we require full payment of the outstanding balance by the due date to reinstate coverage.

*Please detach the return stub and mail with your payment in the enclosed envelope to:*
TRAVELERS CL REMITTANCE CENTER, PO BOX 660317, DALLAS, TX 75266-0317.

648844J 2022339 0389 247 090150

## Payment Coupon

*Make checks payable to:* TRAVELERS

THOMPSONBAKER AGCY INC
ALL AMERICAN AIR CONDITIONING

7055A2201 1T568257 BA

Include Account Number on the check.

Change of Address? Place an "X" here. Print changes on reverse side.

TOTAL BALANCE $52,788.40

PAYMENT MUST BE RECEIVED BY DECEMBER 25, 2022

MINIMUM DUE $52,788.40

AMOUNT ENCLOSED

TRAVELERS CL REMITTANCE CENTER
PO BOX 660317
DALLAS, TX 75266-0317

C

993730353501323230314039393929005278840005278840 96



## Notice of Cancellation

**Account** 7055A2201

If the motor vehicle insurance policy being cancelled provides personal injury protection benefits and property damage liability insurance, Florida law requires that we report such action to the Department of Highway Safety and Motor Vehicles within 45 days from the effective date of the cancellation.

Failure to maintain personal injury protection and property damage liability insurance on a motor vehicle when required by law may result in the loss of your motor vehicle registration and driving privileges in this state. Should your registration and driving privileges be suspended, the following fee will be charged for the reinstatement of your motor vehicle registration and/or driver's license (if both your registration and license are suspended, only one reinstatement fee shall be charged to reinstate the registration and license):

* $150 - first reinstatement
* $250 - second reinstatement
* $500 - each subsequent reinstatement during 3 years following the first reinstatement

If you do not have a second reinstatement within 3 years after the initial reinstatement, the reinstatement fee will be $150 for the first reinstatement after that 3 year period.

A late charge has been assessed on your account because we have not received your previous minimum due. This account level charge is listed on this notice. An account level bill or other notice(s) may also be mailed to you today.

If you are paying with a check from a Personal Checking Account, you authorize us to either use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check. If you are paying with a check from a Business Checking account, we will process the payment as a check.

*************************************** QUESTIONS? ***************************************

If you have any questions about this statement, please contact your Agent, Travelers Billing Customer Service or the Travelers on-line Telephone Inquiry Service. To reach the Travelers Billing Customer Service or the Telephone Inquiry dial 1-800-252-2268 and follow the instructions.
Your 9 character billing account number is: --- 7055A2201.

TRAVELERS

THOMPSONBAKER AGCY INC
PO DRAWER 3807
ST AUGUSTINE FL 32085-3807

Date of this Notice 12/27/22
Account No. 7055A2201

ALL AMERICAN AIR CONDITIONING
1010 STATE ROAD 312
ST AUGUSTINE FL 32080

Please contact your agent with any questions, future policy changes and all address changes.

THOMPSONBAKER AGCY INC
(904) 824-1631

**Insuring Company:** TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

# REINSTATEMENT NOTICE

We are pleased to tell you that your policy has been reinstated.

| POLICYHOLDER | POLICY IDENTIFICATION NUMBER |
|---|---|
| ALL AMERICAN AIR CONDITIONING | 1T568257 BA |
| TYPE OF INSURANCE | POLICY PERIOD |
| Business Auto Pol | 02/23/22 To 02/23/23 |

Receipt of funds dishonored upon presentment is not a valid means of reinstatement. Reinstatement will only occur when all conditions have been met. If these conditions have not been met the reinstatement will be null and void.

648826R 2022361 0404 247 090150

CLDBREIN

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 01-10-23
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 01-10-23 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

POLICY NUMBER: BA-1T568257-22-42-G
EFFECTIVE DATE: 02/23/2022
ISSUE DATE: 01/10/2023

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 01-10-23

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

COMMERCIAL AUTO

POLICY NUMBER: BA-1T568257-22-42-G

ISSUE DATE: 01-10-23

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 01-10-23

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |
| LEE FERGUSON | STEVEN | ☐ |
| FELICIANO | MICHAEL | ☐ |
| ANDERSON | KIMBERLY | ☐ |
| MCKENNA JR | MARK | ☐ |
| BLAZEJ | BENJAMIN | ☐ |
| GROVES | CAMERON | ☐ |
| MACK | ANDRE | ☐ |
| CRAWFORD | LINDA | ☐ |
| COANE | TALLON | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

## CHANGE ENDORSEMENT

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 01-13-23
Premium $ 0.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 01-12-23 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

DRIVER LIST UPDATED

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

Authorized Representative

DATE:

**POLICY NUMBER:** BA-1T568257-22-42-G
**EFFECTIVE DATE:** 02/23/2022
**ISSUE DATE:** 01/13/2023

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE

COMMERCIAL AUTOMOBILE

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

COMMERCIAL AUTO

POLICY NUMBER: BA-1T568257-22-42-G

ISSUE DATE: 01-13-23

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |
| LEE FERGUSON | STEVEN | ☐ |
| FELICIANO | MICHAEL | ☐ |
| ANDERSON | KIMBERLY | ☐ |
| MCKENNA JR | MARK | ☐ |
| BLAZEJ | BENJAMIN | ☐ |
| GROVES | CAMERON | ☐ |
| MACK | ANDRE | ☐ |
| CRAWFORD | LINDA | ☐ |
| COANE | TALLON | ☐ |
| ZYPH | NOAH | ☐ |

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**CHANGE ENDORSEMENT**

**Named Insured:**
ALL AMERICAN AIR CONDITIONING, INC.

**Policy Number:** BA-1T568257-22-42-G
**Policy Effective Date:** 02-23-22
**Issue Date:** 02-14-23
**Return Premium $** 90.00

**INSURING COMPANY:**
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Effective from 02-13-23 at the time of day the policy becomes effective.

THIS INSURANCE IS AMENDED AS FOLLOWS:

Vehicle 7 is deleted

Liability Coverage is deleted from the following vehicle(s):
7

No Fault Coverage is deleted from the following vehicle(s):
7

Medical Payments is deleted from the following vehicle(s):
7

Comprehensive Coverage is deleted from the following vehicle(s):
7

Collision Coverage is deleted from the following vehicle(s):
7

Roadside Assistance coverage is deleted from the following vehicle(s):
7

Uninsured/Underinsured Motorists Bodily Injury coverage is deleted from the following vehicle(s):
7

NAME AND ADDRESS OF AGENT OR BROKER:
THOMPSONBAKER AGCY INC 90150
PO BOX 3807
ST AUGUSTINE FL 32085-3807

Countersigned by

_______________________
Authorized Representative

DATE: _______________________

OFFICE: TAMPA FL 247

**POLICY NUMBER:** BA-1T568257-22-42-G

**EFFECTIVE DATE:** 02/23/2022

**ISSUE DATE:** 02/14/2023

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS BY LINE OF BUSINESS

| | |
|---|---|
| IL T0 02 11 89 | COMMON POLICY DECLARATIONS |
| IL T0 07 09 87 | CHANGE ENDORSEMENT |
| IL T8 01 01 01 | FORMS ENDORSEMENTS AND SCHEDULE NUMBERS |
| CA F1 53 05 11 | COMMON POLICY CONDITIONS - FLORIDA |

COMMERCIAL AUTO

| | |
|---|---|
| CA T0 01 02 07 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 1 AND 2) |
| CA T0 02 11 06 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEM 3) |
| CA T0 03 03 10 | BUSINESS AUTO COVERAGE PART DECLARATIONS (ITEMS 4 AND 5) |
| CA T0 30 11 06 | BUSINESS AUTO/TRUCK COV PART-SUPPL SCHD |
| CA T0 31 03 10 | TABLE OF CONTENTS BUSINESS AUTO COVERAGE FORM |
| CA 00 01 03 10 | BUSINESS AUTO COVERAGE FORM |
| CA 02 67 06 16 | FLORIDA CHANGES - CANCELLATION AND NONRENEWAL |
| CA 21 72 10 09 | FL UM MOTORIST COVERAGE - NONSTACKED |
| CA 22 10 01 13 | FLORIDA PIP |
| CA 99 03 03 06 | AUTO MED PAY COVERAGE |
| CA 99 10 03 10 | DRIVE OTHER CAR COV-BROAD COV NAMED INSD |
| CA F0 79 08 17 | AUTO COVERAGE PLUS ENDORSEMENT |
| CA T4 52 01 16 | SHRT TRM HRD AUTO - ADDT'L INSD LS PAYEE |
| CA T4 59 03 10 | AMENDMENT OF EMPLOYEE DEFINITION |
| CA T4 74 08 17 | BLANKET ADDITIONAL INSURED - PRIMARY AND NON-CONTRIBUTORY WITH OTHER INSURANCE |
| CA T6 25 07 18 | ROADSIDE ASSISTANCE COVERAGE |
| CA 01 28 01 21 | FLORIDA CHANGES |

INTERLINE ENDORSEMENTS

| | |
|---|---|
| IL T4 27 06 19 | ADDITIONAL BENEFITS |
| IL T4 12 03 15 | AMNDT COMMON POLICY COND-PROHIBITED COVG |
| IL 00 21 09 08 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM) |

POLICY HOLDER NOTICES

| | |
|---|---|
| PH T0 11 04 89 | FLORIDA FAILURE TO MAINTAIN INSURANCE |
| PN T0 60 05 10 | IMPORTANT NOTICE - RISK MANAGEMENT PLANS - FLORIDA |
| PN T2 19 05 10 | IMPORTANT NOTICE - CONTACT INFO - FLORIDA |

# COMMERCIAL AUTOMOBILE



COMMERCIAL AUTOMOBILE

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO**
**COVERAGE PART DECLARATIONS**
**ISSUE DATE:** 02-14-23 SR

**ITEM ONE** **Policy Number:** BA-1T568257-22-42-G

**INSURING COMPANY:** TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

Declarations Period: From 02-23-22 to 02-23-23 12:01 A.M. Standard Time at your mailing address shown in the Common Policy Declarations.

The Business Auto Coverage Part consists of these Declarations and the Business Auto Coverage Form shown below.

**FORM OF BUSINESS:** Corporation

**ITEM TWO**

**A. COVERAGE AND LIMITS OF INSURANCE**

Coverage applies only to those "autos" shown as Covered "autos" by the entry of one or more symbols from Section I – Covered Autos of the Business Auto Coverage Form.

| COVERAGES | COVERED AUTO SYMBOL | LIMITS OF INSURANCE The most we will pay for any one accident or loss |
|---|---|---|
| COVERED AUTOS LIABILITY | 1 | $1,000,000 |
| PERSONAL INJURY PROTECTION (NO FAULT) | 5 | Separately stated in each PIP endorsement minus deductible shown in ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN. |
| AUTO MEDICAL PAYMENTS | 2 | $5,000 Each Insured |
| UNINSURED and UNDERINSURED MOTORISTS COVERAGE | 2 | See CA T0 30 |
| PHYSICAL DAMAGE Comprehensive Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible shown in ITEM THREE--SCHEDULE OF COVERED AUTOS YOU OWN for each covered Auto. |
| PHYSICAL DAMAGE Collision Coverage | 7 | Actual Cash Value or Cost of Repair, whichever is less, minus deductible shown in ITEM THREE--SCHEDULE OF COVERED AUTOS YOU OWN for each covered Auto. |

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Includes copyrighted material of The St. Paul Travelers Companies, Inc.

TRAVELERS
One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO**
**COVERAGE PART DECLARATIONS**
**ISSUE DATE:** 02-14-23 SR

**Policy Number:** BA-1T568257-22-42-G

**B. AUDIT PERIOD:** ANNUALLY

**C. DESCRIPTION OF COVERED AUTO DESIGNATION SYMBOLS:**
Symbols 1-9, 19: SEE BUSINESS AUTO COVERAGE FORM Section 1
Covered Autos

**PRODUCER** THOMPSONBAKER AGCY INC 90150 **OFFICE** TAMPA FL 247

CA T0 01 02 07
Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Includes copyrighted material of The St. Paul Travelers Companies, Inc.
**Page** 2 **of** 4

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

**BUSINESS AUTO**
**COVERAGE PART DECLARATIONS**
**ISSUE DATE:** 02-14-23 SR

**Policy Number:** BA-1T568257-22-42-G

**D. LOSS PAYEE:** Any loss under Physical Damage Coverages is payable as interest may appear to you and the Loss Payee named in the Declarations. (See Loss Payable Clause on reverse side)

**E. NUMBERS OF FORMS, SCHEDULES AND ENDORSEMENTS FORMING PART OF THIS COVERAGE PART:** SEE IL T8 01 01

**PRODUCER** THOMPSONBAKER AGCY INC 90150 **OFFICE** TAMPA FL 247

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Includes copyrighted material of The St. Paul Travelers Companies, Inc.

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

BUSINESS AUTO
COVERAGE PART DECLARATIONS
ISSUE DATE: 02-14-23 SR

Policy Number: BA-1T568257-22-42-G

**LOSS PAYABLE CLAUSE**

**A.** We will pay you and the loss payee named in the policy for "loss" to a covered "auto", as interest may appear.

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy we will mail you and the loss payee the same advance notice.

**D.** If we make any payment to the loss payee, we will obtain their rights against any other party.

**SCHEDULE OF LOSS PAYEES**

| VEHICLE NUMBER | LOSS PAYEE (Name and Address) |
| --- | --- |

PRODUCER THOMPSONBAKER AGCY INC 90150 OFFICE TAMPA FL 247

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Includes copyrighted material of The St. Paul Travelers Companies, Inc.



One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC.

CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 1 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 2 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 3 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 4 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 5 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|
| 1 | 2003 | CHEVROLET EXPRESS G3 | 1GBJG31U631137501 | 25000 | ACV | X |
| 2 | 2010 | CHEVROLET EXPRESS G2 | 1GCZGFBA8A1122676 | 25775 | ACV | X |
| 3 | 2010 | CHEVROLET EXPRESS G2 | 1GCZGFBA0A1120257 | 25775 | ACV | X |
| 4 | 2010 | CHEVROLET EXPRESS G2 | 1GCZGFBA3A1100083 | 25775 | ACV | X |
| 5 | 2010 | CHEVROLET EXPRESS G2 | 1GCZGFBA6A1176705 | 25775 | ACV | X |

| | COVERED AUTO 1 | COVERED AUTO 2 | COVERED AUTO 3 | COVERED AUTO 4 | COVERED AUTO 5 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 3061 | 3332 | 3664 | 3057 | 2804 |
| BASIC PIP | 81 | 81 | 81 | 81 | 81 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 21 |
| COMPREHENSIVE | 47 | 75 | 75 | 74 | 74 |
| COLLISION | 35 | 94 | 104 | 105 | 96 |
| TOTAL | 3538 | 3896 | 4238 | 3631 | 3369 |

Total Uninsured and Underinsured Motorists Premium $ 10358

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES



One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: **BA-1T568257-22-42-G**

INSURED'S NAME: **ALL AMERICAN AIR CONDITIONING, INC.** CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 6 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 8 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 9 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 10 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 11 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 6 | 2008 | FORD | ECONOLINE | 1FTNE24W18DA47043 | 25055 | ACV | X |
| 8 | 2012 | FORD | F150 | 1FTFW1CF1CFC23955 | 32760 | ACV | F |
| 9 | 2013 | FORD | ECONOLINE | 1FTNE1EW4DDA63269 | 26755 | ACV | E |
| 10 | 2013 | FORD | ECONOLINE | 1FTNE1EW4DDA82906 | 26755 | ACV | E |
| 11 | 2014 | GMC | SAVANA | 1GTW7FCA8E1910039 | 28215 | ACV | D |

| | COVERED AUTO 6 | COVERED AUTO 8 | COVERED AUTO 9 | COVERED AUTO 10 | COVERED AUTO 11 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 3917 | 3249 | 3158 | 4214 | 2754 |
| BASIC PIP | 81 | 81 | 81 | 81 | 81 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 21 |
| COMPREHENSIVE | 69 | 116 | 94 | 104 | 108 |
| COLLISION | 109 | 160 | 131 | 145 | 152 |
| TOTAL | 4490 | 3920 | 3778 | 4858 | 3409 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES



One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC.

CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 12 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 13 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 14 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 15 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 16 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 12 | 2013 | FORD | ECONOLINE | 1FTNE2EW1DDA54051 | 28235 | ACV | E |
| 13 | 2014 | GMC | SAVANA | 1GTW7FCAXE1905571 | 28215 | ACV | D |
| 14 | 2015 | NISSAN | NV | 1N6BF0KY7FN800667 | 27000 | ACV | C |
| 15 | 2011 | FORD | ECONOLINE | 1FTNE2EW9BDA46955 | 27055 | ACV | X |
| 16 | 2007 | CHEVROLET | SILVERADO | 1GCEC14X67Z651830 | 23510 | ACV | X |

| | COVERED AUTO 12 | COVERED AUTO 13 | COVERED AUTO 14 | COVERED AUTO 15 | COVERED AUTO 16 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 4246 | 4528 | 4029 | 4918 | 2378 |
| BASIC PIP | 81 | 81 | 81 | 81 | 81 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 21 |
| COMPREHENSIVE | 107 | 119 | 118 | 93 | 60 |
| COLLISION | 161 | 205 | 198 | 136 | 71 |
| TOTAL | 4909 | 5247 | 4740 | 5542 | 2904 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES

TRAVELERS

One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC.

CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 17 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 18 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 19 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 20 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 21 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 17 | 2015 | GMC | SAVANA | 1GTW7FCF3F1908339 | 29405 | ACV | C |
| 18 | 2014 | CHEVROLET | EXPRESS G2 | 1GCWGFCA4E1164494 | 28215 | ACV | D |
| 19 | 2017 | CHEVROLET | EXPRESS G2 | 1GCWGAFF9H1139976 | 31940 | ACV | A |
| 20 | 2017 | CHEVROLET | EXPRESS G2 | 1GCWGAFFXH1144524 | 31940 | ACV | A |
| 21 | 2017 | CHEVROLET | EXPRESS G2 | 1GCWGAFF2H1143805 | 31940 | ACV | A |

| | COVERED AUTO 17 | COVERED AUTO 18 | COVERED AUTO 19 | COVERED AUTO 20 | COVERED AUTO 21 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 3455 | 3971 | 4647 | 3834 | 3021 |
| BASIC PIP | 81 | 81 | 81 | 81 | 81 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 21 |
| COMPREHENSIVE | 113 | 101 | 141 | 137 | 124 |
| COLLISION | 220 | 178 | 244 | 219 | 197 |
| TOTAL | 4183 | 4645 | 5427 | 4585 | 3737 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES


One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC.

CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 22 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 23 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 24 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 25 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 26 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 22 | 2009 | CHEVROLET | SILVERADO | 1GCEC14X69Z191121 | 19375 | ACV | X |
| 23 | 2017 | CHEVROLET | EXPRESS G2 | 1GCWGAFF9H1169432 | 31940 | ACV | A |
| 24 | 2017 | CHEVROLET | EXPRESS G2 | 1GCWGAFF8H1170216 | 31940 | ACV | A |
| 25 | 2018 | CHEVROLET | SILVERADO | 1GCNCNEH3JZ122289 | 30110 | ACV | 5 |
| 26 | 2017 | GMC | SAVANA | 1GTW7AFFXH1110826 | 31940 | ACV | A |

| | COVERED AUTO 22 | COVERED AUTO 23 | COVERED AUTO 24 | COVERED AUTO 25 | COVERED AUTO 26 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 3859 | 3021 | 2963 | 4224 | 3137 |
| BASIC PIP | 81 | 81 | 81 | 81 | 81 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 21 |
| COMPREHENSIVE | 62 | 124 | 122 | 165 | 135 |
| COLLISION | 93 | 197 | 194 | 324 | 218 |
| TOTAL | 4409 | 3737 | 3674 | 5108 | 3885 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES


One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC. CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 27 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 28 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 29 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 30 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 31 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 7398 | |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 27 | 2018 | GMC | SIERRA | 3GTU2PEJ9JG224693 | 55755 | ACV | 5 |
| 28 | 2018 | NISSAN | NV | 1N6BF0KY9JN818483 | 29730 | ACV | 5 |
| 29 | 2020 | NISSAN | NV | 1N6BF0KYXLN809732 | 29890 | ACV | 3 |
| 30 | 2020 | NISSAN | NV | 1N6BF0KYXLN810735 | 29890 | ACV | 3 |
| 31 | 2021 | HYUNDAI | PALISADE | KM8R54HE4MU201104 | 45125 | ACV | 2 |

| | COVERED AUTO 27 | COVERED AUTO 28 | COVERED AUTO 29 | COVERED AUTO 30 | COVERED AUTO 31 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 3773 | 5016 | 4691 | 3697 | 1700 |
| BASIC PIP | 81 | 81 | 81 | 81 | 74 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 28 |
| COMPREHENSIVE | 223 | 148 | 176 | 160 | 160 |
| COLLISION | 395 | 342 | 381 | 343 | 436 |
| TOTAL | 4786 | 5901 | 5643 | 4595 | 2749 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES



One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC. CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 32 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 33 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 34 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 35 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 36 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 7398 | |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 32 | 2021 | NISSAN | NV | 1N6BF0KY2MN805787 | 30540 | ACV | 2 |
| 33 | 2020 | NISSAN | NV | 1N6BF0KY9LN809155 | 30790 | ACV | 3 |
| 34 | 2021 | NISSAN | NV | 1N6BF0KY5MN804469 | 31440 | ACV | 2 |
| 35 | 2021 | NISSAN | NV | 1N6BF0KY5MN804472 | 31440 | ACV | 2 |
| 36 | 2020 | CHEVROLET | SILVERADO | 3GCUYHEDXLG410793 | 56300 | ACV | 3 |

| | COVERED AUTO 32 | COVERED AUTO 33 | COVERED AUTO 34 | COVERED AUTO 35 | COVERED AUTO 36 |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | 1000 | 1000 |
| COLLISION | 1000 | 1000 | 1000 | 1000 | 1000 |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 4954 | 4264 | 5746 | 4730 | 1348 |
| BASIC PIP | 81 | 81 | 81 | 81 | 74 |
| AUTO MED PAY | 21 | 21 | 21 | 21 | 28 |
| COMPREHENSIVE | 181 | 173 | 187 | 179 | 159 |
| COLLISION | 405 | 374 | 451 | 398 | 348 |
| TOTAL | 5935 | 5206 | 6779 | 5702 | 2308 |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES





One Tower Square, Hartford, Connecticut 06183

ITEM THREE. SCHEDULE OF COVERED AUTOS YOU OWN
(SEE SEPARATE PAGE EXPLAINING CERTAIN ENTRIES OR ABSENCE THEREOF)

POLICY NUMBER: BA-1T568257-22-42-G

INSURED'S NAME: ALL AMERICAN AIR CONDITIONING, INC.

CA T0 02 11 06

| COVERED AUTO NO | GARAGING CITY & STATE | | ZIP CODE | COUNTY TOWN CODE | TERR ZONE CODE | ISO/ STAT CODE | USE CLASS GVW/GCW OR SEAT CAPACITY |
|---|---|---|---|---|---|---|---|
| 37 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 38 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 01483 | 10,000 |
| 39 | ST AUGUSTINE | FL | 32080 | 0846 | 138 | 7398 | |

| COVERED AUTO NO | YEAR | MAKE/MODEL | | VEHICLE ID NO (VIN) | COST NEW | LIMIT OF INSURANCE | AGE GROUP |
|---|---|---|---|---|---|---|---|
| 37 | 2021 | NISSAN | NV | 1N6BF0KY6MN804612 | 31440 | ACV | 2 |
| 38 | 2021 | NISSAN | NV | 1N6BF0KY6MN805789 | 31440 | ACV | 2 |
| 39 | 2022 | CADILLAC | ESCALADE | 1GYS3GKL4NR163845 | 96000 | ACV | 1 |

| | COVERED AUTO 37 | COVERED AUTO 38 | COVERED AUTO 39 | COVERED AUTO | COVERED AUTO |
|---|---|---|---|---|---|
| BASIC PIP: | | | | | |
| DEDUCTIBLE AMOUNT APPLIES TO: | | | | | |
| DEDUCTIBLES: | | | | | |
| COMPREHENSIVE | 1000 | 1000 | 1000 | | |
| COLLISION | 1000 | 1000 | 1000 | | |
| PREMIUMS: | | | | | |
| COVERED AUTOS LIABILITY | 3903 | 4055 | 1688 | | |
| BASIC PIP | 81 | 81 | 74 | | |
| AUTO MED PAY | 21 | 21 | 28 | | |
| COMPREHENSIVE | 164 | 170 | 272 | | |
| COLLISION | 365 | 378 | 717 | | |
| TOTAL | 4827 | 4998 | 3130 | | |

* APPLICABLE TO COMPREHENSIVE AND SPECIFIED CAUSES OF LOSS COVERAGE
**APPLICABLE TO COMPREHENSIVE, SPECIFIED CAUSES OF LOSS AND COLLISION COVERAGES

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ROADSIDE ASSISTANCE COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

**ROADSIDE ASSISTANCE SCHEDULE**

| Description of Auto | Premium |
|---|---|
| 2003 CHEVROLET EXPRESS G3 1GBJG31U631137501 | $25 |
| 2010 CHEVROLET EXPRESS G2 1GCZGFBA8A1122676 | $25 |
| 2010 CHEVROLET EXPRESS G2 1GCZGFBA0A1120257 | $25 |
| 2010 CHEVROLET EXPRESS G2 1GCZGFBA3A1100083 | $25 |
| 2010 CHEVROLET EXPRESS G2 1GCZGFBA6A1176705 | $25 |
| 2008 FORD ECONOLINE 1FTNE24W18DA47043 | $25 |
| 2012 FORD F150 1FTFW1CF1CFC23955 | $25 |
| 2013 FORD ECONOLINE 1FTNE1EW4DDA63269 | $25 |
| 2013 FORD ECONOLINE 1FTNE1EW4DDA82906 | $25 |
| 2014 GMC SAVANA 1GTW7FCA8E1910039 | $25 |

**PROVISIONS**

1. The following is added to Paragraph **A.**, **Coverage**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

   **Roadside Assistance Coverage**

   **a.** We will pay for any roadside assistance service specified below provided by our "authorized service provider" when a covered "auto" that is an "eligible auto" is disabled and located within 100 feet of a paved public road, on a driveway, on a private road or in a parking facility, if the "eligible auto" is accessible as determined by our "authorized service provider":

   **(1)** Towing or flatbed transport;

   **(2)** Winching;

   **(3)** Jump starting a dead battery;

   **(4)** Changing a flat tire:

   **(5)** Key lock-out service; or

   **(6)** Delivery of fuel, oil, water or other vehicle fluids.

   **b.** We will pay for towing or flatbed transport for an "eligible auto":

   **(1)** Up to 100 miles; or

   **(2)** To the nearest qualified repair facility selected by our "authorized service provider" when there is no repair facility available within 100 miles.

   We will not pay for the cost of supplies, replacement parts, fuel, other fluids or any labor performed at the service or repair facility.

   **c.** In the event that you decide not to use our "authorized service provider", or our "authorized service provider" is unable to provide the roadside assistance service, we will reimburse you for the cost of any roadside assistance service listed in Paragraph **a.** that you receive from another provider, but only for reasonable charges as determined by us. Receipt for any of these services must be provided to us for consideration of payment.

   **d.** No deductible applies to this Roadside Assistance Coverage.

2. The following is added to Paragraph **A.2.**, **Towing**, of **SECTION III – PHYSICAL DAMAGE COVERAGE**:

   This Towing Coverage does not apply to any covered "auto" that is an "eligible auto" for Roadside Assistance Coverage under this policy.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**3.** The following is added to Paragraph **B.7., Policy Period, Coverage Territory**, of **SECTION IV – BUSINESS AUTO CONDITIONS**:

However, for any Roadside Assistance Coverage under this policy, the coverage territory is only the United States of America and Canada.

**4.** The following is added to the **DEFINITIONS** Section:

"Authorized service provider" means a service provider contracted by us, at no charge to you, to provide or procure roadside assistance services on our behalf.

"Eligible auto" means any "auto" you own that is shown in the Roadside Assistance Schedule, and for which a premium is shown, that is a covered "auto" for Comprehensive Coverage or Specified Causes of Loss under this policy.

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ROADSIDE ASSISTANCE COVERAGE

### ROADSIDE ASSISTANCE SCHEDULE (cont'd)

| Description of Auto | Premium |
|---|---|
| 2013 FORD ECONOLINE 1FTNE2EW1DDA54051 | $25 |
| 2014 GMC SAVANA 1GTW7FCAXE1905571 | $25 |
| 2015 NISSAN NV 1N6BF0KY7FN800667 | $25 |
| 2011 FORD ECONOLINE 1FTNE2EW9BDA46955 | $25 |
| 2007 CHEVROLET SILVERADO 1GCEC14X67Z651830 | $25 |
| 2015 GMC SAVANA 1GTW7FCF3F1908339 | $25 |
| 2014 CHEVROLET EXPRESS G2 1GCWGFCA4E1164494 | $25 |
| 2017 CHEVROLET EXPRESS G2 1GCWGAFF9H1139976 | $25 |
| 2017 CHEVROLET EXPRESS G2 1GCWGAFFXH1144524 | $25 |
| 2017 CHEVROLET EXPRESS G2 1GCWGAFF2H1143805 | $25 |
| 2009 CHEVROLET SILVERADO 1GCEC14X69Z191121 | $25 |
| 2017 CHEVROLET EXPRESS G2 1GCWGAFF9H1169432 | $25 |
| 2017 CHEVROLET EXPRESS G2 1GCWGAFF8H1170216 | $25 |
| 2018 CHEVROLET SILVERADO 1GCNCNEH3JZ122289 | $25 |
| 2017 GMC SAVANA 1GTW7AFFXH1110826 | $25 |
| 2018 GMC SIERRA 3GTU2PEJ9JG224693 | $25 |
| 2018 NISSAN NV 1N6BF0KY9JN818483 | $25 |
| 2020 NISSAN NV 1N6BF0KYXLN809732 | $25 |
| 2020 NISSAN NV 1N6BF0KYXLN810735 | $25 |
| 2021 HYUNDAI PALISADE KM8R54HE4MU201104 | $25 |
| 2021 NISSAN NV 1N6BF0KY2MN805787 | $25 |
| 2020 NISSAN NV 1N6BF0KY9LN809155 | $25 |
| 2021 NISSAN NV 1N6BF0KY5MN804469 | $25 |
| 2021 NISSAN NV 1N6BF0KY5MN804472 | $25 |
| 2020 CHEVROLET SILVERADO 3GCUYHEDXLG410793 | $25 |
| 2021 NISSAN NV 1N6BF0KY6MN804612 | $25 |
| 2021 NISSAN NV 1N6BF0KY6MN805789 | $25 |
| 2022 CADILLAC ESCALADE 1GYS3GKL4NR163845 | $25 |

© 2018 The Travelers Indemnity Company. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc. with its permission.

# DRIVER LISTING

The subsequent page(s) of this form includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## NEW/ADDED DRIVERS

| LAST | FIRST | DATE OF BIRTH | LICENSE NUMBER | STATE LICENSED |
|---|---|---|---|---|

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 02-14-23

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| BATES | GLEN | ☐ |
| CHAPMAN | STEVE | ☐ |
| JONES | CHRIS | ☐ |
| VAN RYSDAM | MATTHEW | ☐ |
| FERRO | FRANK | ☐ |
| APPLEBY | SANDRA | ☐ |
| CHAPMAN | CHRISTINE | ☐ |
| DOWLING | PATRICIA | ☐ |
| WARRELL | ERIN | ☐ |
| PAMER | JORDAN | ☐ |
| AINSCOUGH | RICHARD | ☐ |
| PFOUTZ JR | JAMES | ☐ |
| LEWIS | ROBERT | ☐ |
| REGISTER | JESSI | ☐ |
| RUSS | JARKEVIS | ☐ |
| MORGAN | SAMUEL | ☐ |
| VEILLIEUX | WILLIAM | ☐ |
| COSTABILE | NICHOLAS | ☐ |
| VAUHGN | NICHOLAS | ☐ |
| ALEXIOU JR | NIKOLAS | ☐ |
| CHEEVER | NATHANIAL | ☐ |
| KONIG | ALEXANDRU | ☐ |
| SPILLERS | LOGAN | ☐ |
| MARZETTI | STEPHEN | ☐ |
| SADDLER | ANN | ☐ |
| SWEENEY JR | JERALD | ☐ |
| LENEHAN | KEVIN | ☐ |
| WILLIAMS | TIMOTHY | ☐ |
| MURPHY | STEVEN | ☐ |

POLICY NUMBER: BA-1T568257-22-42-G

COMMERCIAL AUTO
ISSUE DATE: 02-14-23

# DRIVER LISTING

This list includes those drivers whom you have indicated will be using your automobiles insured through us. Please be sure this listing is complete and includes both full-time and occasional drivers. If this information needs modification or when drivers are added or deleted, please complete both sides of this form, as applicable, and send it to your agent in a secure manner, being mindful of the sensitive information it could contain.

## CURRENT DRIVERS

| LAST | FIRST | DELETE |
|---|---|---|
| FLORENCE | DAVID | ☐ |
| BEACH | JAMES | ☐ |
| MCCASKILL | NIQUILLA | ☐ |
| CASWELL | JEREMY | ☐ |
| BROWN | CHRISTIFER | ☐ |
| RIVAS | HECTOR | ☐ |
| MORALES III | FELIPE | ☐ |
| LEE FERGUSON | STEVEN | ☐ |
| FELICIANO | MICHAEL | ☐ |
| ANDERSON | KIMBERLY | ☐ |
| MCKENNA JR | MARK | ☐ |
| BLAZEJ | BENJAMIN | ☐ |
| GROVES | CAMERON | ☐ |
| MACK | ANDRE | ☐ |
| CRAWFORD | LINDA | ☐ |
| COANE | TALLON | ☐ |
| ZYPH | NOAH | ☐ |