UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDRE MACK,
    Plaintiff,

v.                              Case No. 3:25-cv-103-HES-SJH

TRAVELERS CASUALTY
INSURANCE COMPANY OF
AMERICA, et al.,
    Defendants.
_____/

## ORDER

This matter is before this Court on a Joint Stipulation of Dismissal (Dkt. 27), indicating Plaintiff completely settled this matter as to Defendant Travelers Casualty Insurance Company of America and stipulating to dismissal of this action with prejudice.

Accordingly, it is **ORDERED**:

1. The parties' Joint Stipulation of Dismissal (Dkt. 27) is **GRANTED**; this action is dismissed with prejudice; and

2. The Clerk will terminate all pending motions and close this file.

**DONE and ENTERED** at Jacksonville, Florida this 12th day of December, 2025.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Gregory Wayne Lineberry, Esq.
Kristen M. Van der Linde, Esq.
Walker Berry, Esq.
Matthew C. Bothwell, Esq.